FILED

2018 Dec-03  AM 10:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

NUCLEAR DEVELOPMENT, LLC,        )
                                 )
        Plaintiff                )
                                 )
    vs.                          )   Case No.   5:18-cv-01983-HNJ
                                 )
TENNESSEE VALLEY AUTHORITY,      )
                                 )
        Defendant                )

## REASSIGNMENT ORDER

Plaintiffs filed the complaint in this action on November 30, 2018, along with a separate Motion for Preliminary Injunction and Request for Expedited Hearing. (Docs. 1 & 3, respectively).   Pursuant to the General Order For Referral of Civil Matters to the United States Magistrate Judges of the Northern District of Alabama, dated January 2, 2015, the Clerk may not assign any civil case to a magistrate judge in which a plaintiff seeks a temporary restraining order or other emergency relief.

Therefore, consistent with the General Order For Referral of Civil Matters to the United States Magistrate Judges of the Northern District of Alabama, dated January 2, 2015, the Clerk is DIRECTED to reassign the case to a District Judge for all further proceedings.

DONE and ORDERED this 3rd day of December, 2018.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE