UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

| | |
|---|---|
| Nuclear Development LLC, | } |
| Plaintiff, | } |
| v. | } Case Number:  5:18-CV-1983-HNJ |
| Tennessee Valley Authority, | } |
| Defendant. | } |

## NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the Honorable Liles C. Burke.  Please use case number 5:18-CV-1983-LCB on all subsequent pleadings.

DATED:  December 3, 2018

SHARON N. HARRIS, CLERK

By:  *Angela Ingleright*
Deputy Clerk

SNH:ai

xc:   Judges
      Counsel