# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| NUCLEAR DEVELOPMENT, LLC, § § § Plaintiff, § § vs. § § TENNESSEE VALLEY AUTHORITY, § § Defendant. § | CIVIL ACTION CASE NUMBER: 5:18-cv-01983-LCB |

## CERTIFICATE OF HOLDING ORIGINAL DECLARATION

The undersigned Caine O'Rear III certifies that he is holding the original signature version of the Declaration of Franklin L. Haney filed on November 30, 2018 and that it will be retained pursuant to local rule.

*/s/ Caine O'Rear III*
CAINE O'REAR III      (OREAC6985)
Attorney for Plaintiff
HAND ARENDALL HARRISON SALE LLC
P. O. Box 123
Mobile, AL  36601
(251) 432-5511
Fax:  (251) 694-6375
corear@handarendall.com