## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

Nuclear Development, LLC,

<table>
<tr><td></td><td>)</td><td><u>Summons</u></td></tr>
<tr><td></td><td>)</td><td>(Issued pursuant to Rule 4 of</td></tr>
<tr><td></td><td>)</td><td>the Federal Rules of Civil</td></tr>
<tr><td>Plaintiff,</td><td>)</td><td>Procedure or other appropriate</td></tr>
<tr><td></td><td>)</td><td>law.)</td></tr>
<tr><td>v.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td>CIVIL ACTION CASE NUMBER:</td></tr>
<tr><td>Tennessee Valley Authority,</td><td>)</td><td>5:18-cv-01983-HNJ</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Defendant.</td><td>)</td><td></td></tr>
</table>

Summons in a Civil Action

To: (*Defendant's name and address*)
U.S. Department of Justice
Attn: Jay E. Town
United States Attorney for the Northern District of Alabama
400 Meridian Street, Suite 304
Huntsville, Alabama 35801
NOTE: A separate summons must be
          prepared for each defendant.

A lawsuit has been filed against you.

Within  <u>sixty (60)</u>  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Caine O'Rear III
Hand Arendall Harrison Sale LLC
P. O. Box 123
Mobile, AL 36601
(251) 694-6308; corear@handarendall.com

**If you fail to do so, judgment by default may be entered against you for the relief  demanded in the complaint.** You also must file your answer or motion with the court.

DEC 03 2018

DATE:_____

SHARON N. HARRIS, CLERK

By: *Shirley A. Williams*

Deputy Clerk

<u>SEE REVERSE SIDE FOR RETURN</u>

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

Nuclear Development, LLC,

Plaintiff,

v.

Tennessee Valley Authority,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

**Summons**
(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)

CIVIL ACTION CASE NUMBER:
5:18-cv-01983-HNJ

Summons in a Civil Action

To: (*Defendant's name and address*)
U.S. Department of Justice
Attn: Matthew G. Whitaker
Acting Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within _sixty (60)_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Caine O'Rear III
Hand Arendall Harrison Sale LLC
P. O. Box 123
Mobile, AL 36601
(251) 694-6308; corear@handarendall.com

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEC 03 2018
DATE:_____

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK

By: *Shirley A. Williams*
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Nuclear Development, LLC, | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of** |
| | ) | **the Federal Rules of Civil** |
| Plaintiff, | ) | **Procedure or other appropriate** |
| | ) | **law.)** |
| v. | ) | |
| | ) | **CIVIL ACTION CASE NUMBER:** |
| Tennessee Valley Authority, | ) | 5:18-cv-01983-HNJ |
| | ) | |
| Defendant. | ) | |

### Summons in a Civil Action

To: (*Defendant's name and address*)
Tennessee Valley Authority
Attn: Aaron B. Nix, Senior Manager, Realty Services and GIS
1101 Market Street
Chattanooga, TN  37402

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within __sixty (60)____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Caine O'Rear III
Hand Arendall Harrison Sale LLC
P. O. Box 123
Mobile, AL 36601
(251) 694-6308; corear@handarendall.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: **DEC 03 2018**

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK

By: *Shirley H. Williams*

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801