**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

U. S. Department of Justice

Attn: Jay E. Town

United States Attorney for the Northern District of Alabama

400 Meridian Street, Suite 304

Huntsville, AL 35801

5:18CV-1983-LCB

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sondra Kelley   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
SAndrA Kelley   12/4/18

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7018 1830 0000 9383 1879

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

AL 350
04 DEC '18

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Office of the Clerk
United States District Court
for the Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

NUCLEAR DEVELOPMENT