UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

NUCLEAR DEVELOPMENT, LLC,
Plaintiff,

v.

TENNESSEE VALLEY AUTHORITY,
Defendant.

No. 5:18-cv-01983-LCB

## NOTICE OF APPEARANCE

David D. Ayliffe hereby enters his appearance as counsel for Defendant Tennessee Valley Authority.

                        Respectfully Submitted,

                        *s/David D. Ayliffe*
                        DAVID D. AYLIFFE (TN BPR 024297)
                        *Associate General Counsel*

                        *Tennessee Valley Authority*
                        *Office of the General Counsel*
                        *400 West Summit Hill Drive*
                        *Knoxville, Tennessee 37902*
                        *Telephone 865.632.8964*
                        *ddayliffe@tva.gov*

                        Attorney for Defendant Tennessee Valley Authority

80795712

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Caine O'Rear III, Esq.
Hand Arendall Harrison Sale LLC
P. O. Box 123
Mobile, Alabama 36601
Telephone 251.965.6375
corear@handarendall.com

Edward Shane Black
HAND ARENDALL LLC
102 South Jefferson Street
Athens, Alabama 35611
sblack@handarendall.com

Larry David Blust
HUGHES SOCOL PIERS RESNICK DYM, LTD.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
lblust@hsplegal.com

*Attorneys for Plaintiff*

                                              *s/David D. Ayliffe*
                                              *Attorney for Defendant Tennessee Valley Authority*