FILED
 2019 Feb-04  PM 03:43
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NUCLEAR DEVELOPMENT LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TENNESSEE VALLEY ) <br> AUTHORITY, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 5:18-CV-01983-LCB <br><br> **ORAL ARGUMENT REQUESTED** |

## DEFENDANT'S MOTION TO DISMISS

Defendant Tennessee Valley Authority hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the complaint (Doc. 1) of Plaintiff Nuclear Development LLC for failure to state a claim upon which relief can be granted.  The grounds for Defendant's motion are set forth in its contemporaneously-filed brief in support.

Respectfully submitted,

*s/ Matthew H. Lembke*
Matthew H. Lembke
Attorney for Defendant

<u>OF COUNSEL</u>

Matthew H. Lembke
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

David D. Ayliffe
Steven C. Chin
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive, WT6
Knoxville, Tennessee 37902
Telephone: (865) 632-3052
ddayliffe@tva.gov
scchin@tva.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on February 4, 2019, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record:

>Caine O'Rear, III
>HAND ARENDALL HARRISON SALE, LLC
>Post Office Box 123
>Mobile, Alabama 36601
>corear@handarendall.com
>
>Edward Shane Black
>HAND ARENDALL LLC
>102 South Jefferson Street
>Athens, Alabama 35611
>sblack@handarendall.com
>
>Larry David Blust
>HUGHES SOCOL PIERS RESNICK DYM, LTD.
>70 West Madison Street, Suite 4000
>Chicago, Illinois 60602
>lblust@hsplegal.com

        *s/ Matthew H. Lembke*
          OF COUNSEL