FILED

2019 Mar-14  AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **NUCLEAR DEVELOPMENT LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 5:18-CV-1983-LCB** |
| | ) | |
| **TENNESSEE VALLEY** | ) | |
| **AUTHORITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## SCHEDULING ORDER

This Scheduling Order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

1. **Pleadings and Parties**: No causes of action, defenses, or parties may be added.

2. **Discovery Cutoff**:  All discovery must be commenced in time to be completed by February 11, 2020.

3. **Dispositive Motions**: All potentially dispositive motions, including *Daubert* motions, must be filed by March 12, 2020.  **Movant must file any briefs and supporting evidence with the motion for summary judgment in order for the submission to be deemed timely.**  Thereafter, the court will issue an order establishing deadlines for submission of evidentiary materials and briefs in opposition to, and in reply.  ***Nota bene*:  All potentially dispositive motions *must* comply with all requirements of the Appendix attached to the "Initial Order Governing All Further Proceedings" that was entered in this action**.

4. **Expert Testimony**: Unless modified by court order for good cause

shown, the disclosures of expert witnesses — including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert — are due:

From plaintiff by December 13, 2019.

From defendant by January 13, 2020.

5.      **Final Lists**: Lists of trial witnesses and exhibits must be filed by April 10, 2020.  Any objections to such lists, including objections under Federal Rule of Civil Procedure 26(a)(3), must be filed within fourteen days thereafter.

6.      **Trial**:  The parties shall be ready for trial by May, 2020.

7.      **Marking of Exhibits**.  Each party that anticipates offering as substantive evidence as many as six (6) exhibits shall premark exhibits in advance of trial, using exhibit labels and lists available from the Clerk of Court.  By the time of trial, a copy of the exhibit list shall be served and filed, with exhibits being made available for inspection by opposing counsel.  Presentation of evidence at trial will not ordinarily be interrupted for opposing counsel to examine a document that has been so marked and made available for inspection.

Except as expressly modified by the above, the stipulations, limitations, deadlines and other agreements set forth in the report of the parties shall apply in this case.

**DONE** and **ORDERED** this March 14, 2019.

_____
**LILES C. BURKE**
**U.S. DISTRICT JUDGE**