FILED
2020 Mar-13 PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| NUCLEAR DEVELOPMENT, LLC, | § § | |
| Plaintiff, | § § | CIVIL ACTION CASE NUMBER: |
| vs. | § § § | 5:18-cv-01983-LCB |
| TENNESSEE VALLEY AUTHORITY, | § § | |
| Defendant. | § | |

## PLAINTIFF'S SUPPLEMENT TO NOTICE OF EXPERT DISCLOSURE

On February 11, 2020, Plaintiff Nuclear Development, LLC filed its Notice of Expert Disclosure (Doc. 51) naming David A. Repka as its expert witness and stating that Mr. Repka's report had been served on counsel for Defendant Tennessee Valley Authority ("TVA"). Mr. Repka's background and experience were not mentioned in the filing.

On March 3, 2020, TVA filed an Unopposed Motion to Amend Scheduling Order (Doc. 53) that identified (without Nuclear Development's advance knowledge) the name of TVA's expert witness but adding his background and experience. In order to balance the disclosures before the Court, Nuclear Development now identifies the following background and experience of its expert witness, David A. Repka, whose deposition was taken on February 28, 2020:

Mr. Repka practiced with the law firm of Winston & Strawn LLP (and its predecessor firm) in the Washington D.C. office for almost 33 years, focusing his practice on matters before the Nuclear Regulatory Commission ("NRC") and including matters involving licensing of nuclear power plants.  He was the lead partner for the Winston & Strawn nuclear energy practice group at the time of his retirement from the firm in 2017.  Prior to his NRC work in private practice, Mr. Repka was an attorney at the NRC responsible for advising agency staff on issues related to nuclear regulation and licensing.  Since his retirement from Winston & Strawn, Mr. Repka continues to advise clients on nuclear regulatory, licensing, compliance and enforcement matters.

Respectfully submitted,

*/s/ Caine O'Rear III*
CAINE O'REAR III        (OREAC6985)
HAND ARENDALL HARRISON SALE LLC
P. O. Box 123
Mobile, AL  36601
(251) 432-5511
Fax:  (251) 694-6375
corear@handfirm.com

E. SHANE BLACK        (BLACE7644)
HAND ARENDALL HARRISON SALE LLC
102 S. Jefferson Street
Athens, AL  35611
(256) 232-0202
Fax: (256) 216-1480
sblack@handfirm.com

        LARRY D. BLUST    (*pro hac vice*)
        HUGHES SOCOL PIERS RESNICK DYM, LTD.
        70 W. Madison St., Suite 4000
        Chicago, IL 60602
        (312) 604-2672
        Fax: (312) 604-2673
        lblust@hsplegal.com
        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record:

Matthew H. Lembke, Esq.
Riley McDaniel, Esq.
mlembke@bradley.com
rmcdaniel@bradley.com


David D. Ayliffe, Esq.
Steven C. Chin, Esq.
ddayliffe@tva.gov
scchin@tva.gov

        */s/ Caine O'Rear III*

3