FILED
2020 May-29 PM 01:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| NUCLEAR DEVELOPMENT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 5:18-CV-01983-LCB |
| TENNESSEE VALLEY AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT TENNESSEE VALLEY AUTHORITY'S RULE 26(a)(2)(C) EXPERT DISCLOSURES**

Pursuant to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, Defendant Tennessee Valley Authority ("TVA") makes the following disclosure of non-retained expert witnesses it may use at trial to present evidence under Federal Rules of Evidence 702, 703, and/or 705:[1]

**James Chardos**, Bellefonte Site Manager, TVA, 400 W. Summit Hill Drive, Knoxville, TN 37902.

**Subject Matter of Anticipated Expert Testimony**: Knowledge about the design and status of Units 1 and 2 at the Bellefonte Nuclear Plant.

**Summary of Facts and Opinions**: Mr. Chardos may present testimony regarding the design and status of Bellefonte Units 1 and 2, including that the nuclear reactor in each unit contains a partially completed apparatus that is designed to sustain nuclear fission in a self-sustaining chain reaction. To the extent that "scientific, technical or other specialized knowledge"

---

[1] By setting forth these Rule 26(a)(2)(C) disclosure summaries, TVA reserves all evidentiary objections including, but not limited to, objections as to the relevancy, materiality, and admissibility of the summarized facts and opinions for any purpose in any proceeding or trial of this or any other action.

is required to explain these matters to the trier of fact, Mr. Chardos's testimony will be based on his training, experience, and education, as well as his personal observations of the Bellefonte plant during his tenure at that facility, including his understanding the design of the nuclear reactors at the plant.

**Kevin Dutton**, General Manager, Nuclear Power Group Projects, Engineering & Operations Support, Corporate Engineering, TVA, 400 W. Summit Hill Drive, Knoxville, Tennessee 37902.

**Subject Matter of Anticipated Expert Testimony**:  Knowledge about the design and status of Units 1 and 2 at the Bellefonte Nuclear Plant.

**Summary of Facts and Opinions**:   Mr. Dutton may present testimony regarding the design and status of Bellefonte Units 1 and 2, including that the nuclear reactor in each unit contains a partially completed apparatus that is designed to sustain nuclear fission in a self-sustaining chain reaction.  To the extent that "scientific, technical or other specialized knowledge" is required to explain these matters to the trier of fact, Mr. Dutton's testimony will be based on his training, experience, and education, as well as his personal understanding of Units 1 and 2 at the Bellefonte plant, including the design of the nuclear reactors, gained as a result of his employment at TVA.

**Joseph Shea**, Vice President of Nuclear Technology Innovation, TVA, 1101 Market Street, Chattanooga, Tennessee 37402.

**Subject Matter of Anticipated Expert Testimony**:  Knowledge about the design and status of Units 1 and 2 at the Bellefonte Nuclear Plant.

**Summary of Facts and Opinions**:   Mr. Shea may present testimony regarding the design and status of Bellefonte Units 1 and 2, including that the nuclear reactor in each unit contains a

partially completed apparatus that is designed to sustain nuclear fission in a self-sustaining chain reaction..  To the extent that "scientific, technical or other specialized knowledge" is required to explain these matters to the trier of fact, Mr. Shea's testimony will be based on his training, experience, and education, as well as his personal understanding of Units 1 and 2 at the Bellefonte plant, including the design of the nuclear reactors, gained as a result of his employment at TVA.

*s/ Matthew H. Lembke*
Matthew H. Lembke

OF COUNSEL

Matthew H. Lembke
Riley McDaniel
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800


David D. Ayliffe
Steven C. Chin
Jill E. McCook
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive, WT6
Knoxville, Tennessee 37902
Telephone: (865) 632-3052
ddayliffe@tva.gov
scchin@tva.gov
jemccook@tva.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2020, a true and correct copy of the foregoing was served via e-mail on the following counsel of record for ND:

>Caine O'Rear, III
>HAND ARENDALL HARRISON SALE, LLC
>Post Office Box 123
>Mobile, Alabama  36601
>corear@handarendall.com
>
>Edward Shane Black
>HAND ARENDALL LLC
>102 South Jefferson Street
>Athens, Alabama  35611
>sblack@handarendall.com
>
>Larry David Blust
>HUGHES SOCOL PIERS RESNICK DYM, LTD.
>70 West Madison Street, Suite 4000
>Chicago, Illinois  60602
>lblust@hsplegal.com

                                   *s/ Matthew H. Lembke*
                                      OF COUNSEL