FILED

2020 Sep-23  PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| NUCLEAR DEVELOPMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION CASE NUMBER: |
| vs. | § | |
| | § | 5:18-cv-01983-LCB |
| TENNESSEE VALLEY AUTHORITY, | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR SUMMARY JUDGMENT

Plaintiff Nuclear Development, LLC ("ND") moves the Court, pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, to enter summary judgment in its favor on Count One of Plaintiff's Complaint because there is no genuine issue as to any material fact, and ND is entitled to judgment as a matter of law.  If the Court grants ND's Motion, the other counts of the Complaint are moot, and the case will be fully resolved.

This Motion is supported by Plaintiff's Brief in Support of Motion for Summary Judgment and the Evidentiary Submissions filed simultaneously with this Motion.

Respectfully submitted,

*/s/ Caine O'Rear III*
CAINE O'REAR III (OREAC6985)

HAND ARENDALL HARRISON SALE LLC
P. O. Box 123
Mobile, AL  36601
(251) 432-5511
corear@handfirm.com

E. SHANE BLACK (BLACE7644)
HAND ARENDALL HARRISON SALE LLC
102 S. Jefferson Street
Athens, AL  35611
(256) 232-0202
sblack@handfirm.com

LARRY D. BLUST (*pro hac vice*)
HUGHES SOCOL PIERS RESNICK DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, IL 60602
(312) 604-2672
lblust@hsplegal.com
**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 23, 2020, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record:

Matthew H. Lembke, Esq.
mlembke@bradley.com

David D. Ayliffe, Esq.
Steven C. Chin, Esq.
ddayliffe@tva.gov
scchin@tva.gov

*/s/ Caine O'Rear III*