FILED
2020 Sep-23 PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT Y
# (REDACTED)