FILED
2020 Sep-23 PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT Z



Tennessee Valley Authority, 1101 Market Street, Chattanooga, Tennessee 37402

August 21, 2018

**VIA FASCIMILE (312) 580-1994, ELECTRONIC MAIL, AND U.S. MAIL**

Larry D. Blust, Esq.
Hughes Socol Piers Resnick & Dym, Ltd.
70 West Madison Street
Suite 4000
Chicago, Illinois 60602

RE: TVA TRACT NO. XBEGP-3 - BELLEFONTE NUCLEAR PLANT SITE

Dear Mr. Blust:

TVA is in receipt of your correspondence dated August 15, 2018, providing notices pursuant to the Purchase and Sales Agreement as of November 14, 2016 (the "Agreement") between TVA and Nuclear Development, LLC (the "Buyer").

Notices provided pursuant to Sections 3(d)(i), 3(e), 3(f), and 3(g) indicate that the Buyer intends to complete the closing of this transaction on November 14, 2018, as contemplated in Section 5 of the Agreement.

In preparation of the contemplated November 14, 2018 closing, TVA will begin drafting the TVA Transaction Documents as noted in Section 6(c) of the Agreement. The same will be forwarded to you in the near future for your consideration and review. Additionally, TVA will immediately begin relocating any affected TVA employees or operations.

If you have any questions or concerns as to this matter, please contact Cliff Beach or Nick McCall at (865) 632-6147, or via e-mail at clbeach@tva.gov or jhmccall@tva.gov, respectively.

Sincerely,

*Aaron B. Nix* [signature]

Aaron B. Nix
Senior Manager
Realty Services and GIS

cc: Nuclear Development, LLC, 3 Bethesda Metro Center, Ste. 515, Bethesda, MD 20814

EXHIBIT 12 Johnson

TVABLN00000352