FILED
2020 Sep-23  PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT AA
# (REDACTED)