# EXHIBIT KK
# (REDACTED)