# EXHIBIT OO

Case 5:18-cv-01983-LCB   Document 72-43   Filed 09/23/20   Page 2 of 5



**UNITED STATES**
**NUCLEAR REGULATORY COMMISSION**
WASHINGTON, D.C. 20555-0001

Hand Arendall Harrison Sale
ATTENTION: Cindy McCarthy
Post Office Box 123
Mobile, Alabama 36601

SUBJECT:   CERTIFICATION OF RECORDS

Dear Ms. McCarthy:

I hereby certify that I am employed by the United States Nuclear Regulatory Commission (NRC), that I am the Agency Records Officer by delegation from the Office of the Chief Information Officer, and that I am the official custodian with responsibility for files maintenance and records disposition policies, standards, systems, and procedures to meet the operating needs of the NRC.  As such, the attached records obtained from the NRC's offsite storage facility (Federal Records Center) and/or Microfiche collection and/or Agencywide Document Access and Management System (ADAMS) are fair and accurate copy(ies) of the original records that have been captured and maintained in the regular course of the NRC's business.  I further certify that the attached document contains a list of record(s) kept by the NRC in the regular course of business.

**Margaret A. Janney**
Digitally signed by Margaret A. Janney
Date: 2020.08.31 17:12:14 -04'00'

Margaret A. Janney, CRM/NS/FED
Agency Records Officer
Office of the Chief Information Officer

I hereby certify that the person whose digital signature appears above is the official records custodian of all NRC records and was such official custodian at the time this certification was executed.



**Annette L. Vietti-Cook**
Digitally signed by Annette L. Vietti-Cook
Date: 2020.09.01 11:24:46 -04'00'

Annette L. Vietti-Cook
Secretary of the Commission

LIST OF DOCUMENTS REQUESTED FOR CERTIFICATION

1. ML061000538
2. ML061840287
3. ML061810506
4. ML061810505
5. ML090490838
6. ML19298A194
7. ML090610237



UNITED STATES
NUCLEAR REGULATORY COMMISSION
WASHINGTON, D.C. 20555-0001

November 5, 2019

Mr. William R. McCollum, Jr.
Chief Executive Officer
 and Chief Nuclear Officer
Nuclear Development, LLC
3 Bethesda Metro Center, Suite 515
Bethesda, MD 20814

SUBJECT: BELLEFONTE NUCLEAR PLANT, UNITS 1 AND 2 – ACCEPTANCE OF APPLICATION FOR ORDER APPROVING CONSTRUCTION PERMIT TRANSFERS AND CONFORMING ADMINISTRATIVE CONSTRUCTION PERMIT AMENDMENTS (EPID NO. L-2018-LLM-0004)

Dear Mr. McCollum:

By letter dated November 13, 2018 (Agencywide Documents Access and Management System Accession No. ML18318A428), Nuclear Development, LLC (ND) submitted its application requesting that the U.S. Nuclear Regulatory Commission (NRC) consent to the transfer of Construction Permits (CP) CPPR-122 and CPPR-123 for the Bellefonte Nuclear Plant, Units 1 and 2, which are currently in deferred status and held by Tennessee Valley Authority (TVA), to ND. The purpose of this letter is to provide the results of the NRC staff's acceptance review of your application. The acceptance review was performed to determine if there is sufficient technical information, in scope and depth, to allow the NRC staff to complete its detailed technical review. The acceptance review is also intended to identify whether the application has any readily apparent information insufficiencies in its characterization of the regulatory requirements or the licensing basis of the plant.

The NRC staff reviewed your application in accordance with the regulatory requirements set forth in Part 50, "Domestic Licensing of Production and Utilization Facilities," of Title 10 of the *Code of Federal Regulations* (10 CFR). Specifically, 10 CFR 50.80(b)(1)(i) states that an application for transfer of a construction permit shall include "as much of the information described in §§ 50.33 and 50.34 of this part with respect to the identity and technical and financial qualifications of the proposed transferee as would be required by those sections if the application were for an initial license."

The NRC staff has reviewed your application and concluded that it provides technical information that is sufficient in detail to enable the NRC staff to complete its technical review. The staff will perform an independent assessment of the acceptability of the proposed construction permits transfer in terms of regulatory requirements and the protection of public health and safety and the environment. If the staff needs further information to complete its technical review, you will be advised by separate correspondence.

Based on the information provided in your submittal and discussions during the pre-licensing meetings, the NRC staff has estimated that this licensing request will take approximately 700 hours to complete. The NRC staff expects to complete this review by September 2020.



EXHIBIT 85

W. McCollum                                         2

These estimates are based on the NRC staff's initial review of the application and they could change, due to several factors including requests for additional information, unanticipated addition of scope to the review, and review by NRC advisory committees or hearing-related activities. If there are emergent complexities or challenges in our review that would cause changes to the initial forecasted completion date or significant changes in the forecasted hours, the reasons for the changes, along with the new estimates, will be communicated by the assigned project manager during routine interactions.

Please contact me if you have questions regarding this acceptance letter at (301) 415-6616 or Omid.Tabatabai@nrc.gov.

                              Sincerely,

                              */RA/*

                              Omid Tabatabai, Senior Project Manager
                              New Reactor Licensing Branch
                              Division of New and Renewed Licenses
                              Office of Nuclear Reactor Regulation

Docket Nos. 50-438 and 50-439

cc: Distribution via Listserv