FILED
2020 Sep-23  PM 05:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NUCLEAR DEVELOPMENT LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:18-CV-01983-LCB |
| TENNESSEE VALLEY AUTHORITY, | ) **ORAL ARGUMENT REQUESTED** |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Tennessee Valley Authority ("TVA"), pursuant to Fed. R. Civ. P. 56, moves this Court to enter summary judgment in its favor on all claims asserted by Plaintiff. There is no genuine issue of material fact, and TVA is entitled to judgment as a matter of law.

In the alternative, TVA moves for entry of partial summary judgment on Plaintiff's request for incidental reliance damages and for recovery of attorneys' fees. There is no genuine issue of material fact, and TVA is entitled to judgment as a matter of law on these issues.

TVA has contemporaneously filed a brief in support of this motion along with supporting evidence.

Respectfully submitted,

*s/ Matthew H. Lembke*
Attorney for Defendant

OF COUNSEL:

Matthew H. Lembke
Riley McDaniel
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mlembke@bradley.com
rmcdaniel@bradley.com

David D. Ayliffe
Jill McCook
Office of the General Counsel
TENNESSEE VALLEY AUTHORITY
400 West Summit Hill Drive, WT6
Knoxville, Tennessee 37902
Telephone: (865) 632-3052
ddayliffe@tva.gov
jemccook@tva.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2020, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record:

Caine O'Rear, III
HAND ARENDALL HARRISON SALE, LLC
Post Office Box 123
Mobile, Alabama  36601
corear@handarendall.com

Edward Shane Black
HAND ARENDALL LLC
102 South Jefferson Street
Athens, Alabama  35611
sblack@handarendall.com

Larry David Blust
HUGHES SOCOL PIERS RESNICK DYM, LTD.
70 West Madison Street, Suite 4000
Chicago, Illinois  60602
lblust@hsplegal.com



*s/ Matthew H. Lembke*
OF COUNSEL