IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| NUCLEAR DEVELOPMENT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION CASE NUMBER: |
| TENNESSEE VALLEY AUTHORITY, | § § § § | 5:18-cv-01983-LCB |
| Defendant. | § | |

**DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S AMENDED THIRD SET OF REQUESTS FOR ADMISSION**

Defendant Tennessee Valley Authority ("TVA") submits the following responses and objections to Plaintiff's Amended Third Set of Requests for Admission:

1. As of November 30, 2018 and in its present condition, Bellefonte Unit 1 is not a utilization facility as defined by 10 CFR 50.2.

**RESPONSE:** TVA objects to this request because it is a compound statement containing multiple propositions of fact and thus each request is not limited to a single fact as required by Fed. R. Civ. P. 36(a)(2). Without waiving that objection, TVA will construe this as two requests (one as of November 30, 2018, and the other as of the present), and responds that both requests are denied.

2. As of November 30, 2018 and in its present condition, Bellefonte Unit 2 is not a utilization facility as defined by 10 CFR 50.2.

**RESPONSE: TVA objects to this request because it is a compound statement containing multiple propositions of fact and thus each request is not limited to a single fact as required by Fed. R. Civ. P. 36(a)(2). Without waiving that objection, TVA will construe this as two requests (one as of November 30, 2018, and the other as of the present), and responds that both requests are denied.**

3. As of November 30, 2018 and in its present condition, Bellefonte Unit 1 cannot be used to sustain nuclear fission in a self-supporting chain reaction.

**RESPONSE: TVA objects to this request because it is a compound statement containing multiple propositions of fact and thus each request is not limited to a single fact as required by Fed. R. Civ. P. 36(a)(2). Without waiving that objection, TVA will construe this as two requests (one as of November 30, 2018, and the other as of the present), and responds that both requests are admitted.**

4. As of November 30, 2018 and in its present condition, Bellefonte Unit 2 cannot be used to sustain nuclear fission in a self-supporting chain reaction.

**RESPONSE: TVA objects to this request because it is a compound statement containing multiple propositions of fact and thus each request is not**

limited to a single fact as required by Fed. R. Civ. P. 36(a)(2).  Without waiving that objection, TVA will construe this as two requests (one as of November 30, 2018, and the other as of the present), and responds that both requests are admitted.

5.   TVA's March 22, 2010 "Bellefonte Nuclear Plant Unit 1 and Common Completion Project" report produced by TVA as TVABLN00001105-1205 (the "BLN DSEP Report") genuinely constitutes the Detailed Scoping, Estimating and Planning Study report issued by TVA's Nuclear Generation, Development and Construction Group as of such date.

**RESPONSE:**   Admitted.

6.   The plant components listed in Table 2-1 at page 14 of the BLN DSEP Report as having been removed by TVA have not been replaced to the present date.

**RESPONSE:**   TVA objects to this request because it is a compound statement containing multiple propositions of fact and thus each request is not limited to a single fact as required by Fed. R. Civ. P. 36(a)(2).  Without waiving that objection, TVA will construe this as ten requests (one for each category on Table 2-1), and responds as follows:  The request pertaining to the category on Table 2-1 entitled "Steam Generator Material/Installation Contract" is denied because TVA has purchased replacement steam generators.  The requests pertaining to the remaining categories on Table 2-1 are admitted.

3

*s/ Matthew H. Lembke*
Attorney for Defendant


OF COUNSEL:

Matthew H. Lembke
Riley McDaniel
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mlembke@bradley.com
rmcdaniel@bradley.com

David D. Ayliffe
Steven C. Chin
Jill McCook
Office of the General Counsel
TENNESSEE VALLEY AUTHORITY
400 West Summit Hill Drive, WT6
Knoxville, Tennessee 37902
Telephone: (865) 632-3052
ddayliffe@tva.gov
scchin@tva.gov
jemccook@tva.gov

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2020, the foregoing document was served via e-mail on the following counsel of record for ND:

Caine O'Rear, III
Hand Arendall Harrison Sale, LLC
Post Office Box 123
Mobile, Alabama 36601
corear@handarendall.com

Edward Shane Black
Hand Arendall LLC
102 South Jefferson Street
Athens, Alabama 35611
sblack@handarendall.com

Larry David Blust
Hughes Socol Piers Resnick Dym, Ltd.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
lblust@hsplegal.com

                                          *s/ Matthew H. Lembke*
                                          OF COUNSEL