**To:**      Franklin Haney Sr.[flh@flhcompany.com]
**From:**   Chardos, James S
**Sent:**    Fri 9/21/2018 7:37:04 AM
**Subject:**  Fwd: Emailing: 9-20-2018 Costs Due on or Before Closing R1
<u>9-20-2018 Costs Due on or Before Closing R1.pdf</u>
<u>ATT00001.htm</u>

Sent from my iPhone

Begin forwarded message:


> **From:** "Loudermilk, Connie J" <<u>cjloudermilk@tva.gov</u>>
**Date:** September 20, 2018 at 2:27:09 PM CDT
**To:** "Chardos, James S" <<u>jschardos@tva.gov</u>>
**Subject: Emailing: 9-20-2018 Costs Due on or Before Closing R1**


Your message is ready to be sent with the following file or link attachments:

9-20-2018 Costs Due on or Before Closing R1


Note: To protect against computer viruses, e-mail programs may prevent sending or
receiving certain types of file attachments.  Check your e-mail security settings to
determine how attachments are handled.



Confidential

# Bellefonte

## Costs Due on or Before Closing

3.

### Excluded Assets

- (f) - Once Through Steam Generators (OTSG) - (2)

  o $1,193,130 on or before closing

5.

### Closing and Purchase Price

- (b) -

  o (ii) - $88,800,000 at closing (remaining portion of purchase value)

- (c) -

  o (iii)  and (iv) - Fixed price of $1.65M paid on or before closing (compensate TVA for costs of relocating off-site certain large electrical components and the cost of additional environmental reviews)

  Total Cost…..$91,643,130.00

09/20/2018
Rev 1

Confidential                                                                TVABLN00002511