
FILED
2020 Oct-14 PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 6 (Part 15)

# Deposition of David Repka
# Exhibits 128 Con't
# FILED UNDER SEAL