FILED
2021 Jan-06 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1-APPENDIX 1

# James Chardos Timelines
# FILED UNDER SEAL

**To:** Frank Haney[frankhaney@flhcompany.com]
**From:** Chardos, James S[jschardos@tva.gov]
**Sent:** Tue 11/29/2016 6:46:03 PM (UTC)
**Subject:** Fw: First cut BLN Upper Level Timeline
BLN Schedule COLOR 2.pptx

 .eview

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Chardos, James S <jschardos@tva.gov>
**Sent:** Tuesday, November 29, 2016 12:28 PM
**To:** Steuer, Norman F; Signer, Gregory R; Tindle, Michael B; Beach, Clifford L Jr; Mansur, Kendra Jane; Freeman, Carol; Horton, Ruth M
**Subject:** First cut BLN Upper Level Timeline


Comments plz
Thanks
Jim

NOTICE: This electronic message transmission contains information which may be TVA SENSITIVE, TVA RESTRICTED or TVA CONFIDENTIAL. Any misuse or unauthorized disclosure can result in both civil and criminal penalties. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify me immediately by email and delete the original message.



EXHIBIT 46

ND_000745



Bellefonte Nuclear Power Plant Unit 1 and 2 Timeline

TVA Privileged and Confidential Information
CONFIDENTIAL

ND_000746

11/29/16

**To:** Frank Haney[frankhaney@flhcompany.com]
**From:** Chardos, James S[jschardos@tva.gov]
**Sent:** Mon 12/5/2016 8:40:22 PM (UTC)
**Subject:** Revised Timeline
3-Markup 12.05.16 BLN Schedule.pptx

.nk,
Added some detail in the ND area concerning funding, selection of a utility and discussions with the NRC on CP transfers.
Jim

NOTICE: This electronic message transmission contains information which may be TVA SENSITIVE, TVA RESTRICTED or TVA CONFIDENTIAL. Any misuse or unauthorized disclosure can result in both civil and criminal penalties. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify me immediately by email and delete the original message.

EXHIBIT 47



Bellefonte Nuclear Power Plant Unit 1 and 2 Timeline (12/05/2016)

TVA Privileged and Confidential Information — CONFIDENTIAL — ND_001272