FILED
 2020 Oct-28  AM 10:15
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# EXHIBIT O

## Bellefonte Nuclear Project

**Job Creation and Economic Impact**
- Creates an average of **8,420 jobs per year** during the construction period and **$12.6 billion** in economic and fiscal impact
- Creates an average of **4,176 jobs jobs per year** during the 60-year oeprational period and **$37.7 billion** in economic and fiscal impact

**Political Advantage both in Tennessee and Alabama**
- Jobs created in both States
- Approximately $500 million in annual savings to Memphis customers

**Equity:**
- TVA has spent to date over **$9 billion** dollars on these plants ($4.5 billion per Plant)
- Nuclear Development purchased this asset for "Scrap Value" creating this huge opportunity
- Nuclear Development has raised in addition **$2.179 billion** in "Cash Equity" internally and from the prime contractor and their subcontractors.
- **$6.679 billion** in total equity value in Bellefonte Unit 1.
- DOE debt ($4.4 billion excluding construction interest) to Equity ($6.679 billion) is **40 to 60% debt to equity ratio** that far exceeds the **80 to 20% DOE requirement.**

**A "Win" for the US Nuclear Industry**
- The nuclear industry is failing in the US because of the situation at Vogtle and Summer while nuclear plants are being built in UAE, India, China, Russia, and 8 units planned in Saudi Arabia
- In the US where the technology originated, we are shutting good plants instead of building more.
- Bellefonte can provide this win. Bellefonte will reinvigorate the US nuclear industry and change the face of how nuclear projects are done in this Country.

EXHIBIT 6 Johnson

Confidential                                                                                       TVABLN00007588