FILED
2020 Oct-28 AM 10:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT DD

| | |
|---|---|
| From: | Beach, Clifford L Jr |
| To: | "lblust@HSPLEGAL.COM" |
| Cc: | Chandler, Christopher C; Quirk, Sherry Ann |
| Subject: | License Transfer Discussion |
| Date: | Friday, November 9, 2018 8:33:54 AM |
| Attachments: | 181108b Summary of NRC License Transfer issues.docx |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |

Larry,

As promised, attached are several bullets relating to our recent discussion.

**Cliff Beach**
Senior Counsel
Tennessee Valley Authority

865-632-4146 (w)
865-250-9086 (m)
clbeach@tva.gov



NOTICE: This electronic message transmission contains information that may be TVA SENSITIVE, TVA RESTRICTED, or TVA CONFIDENTIAL. Any misuse or unauthorized disclosure can result in both civil and criminal penalties. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the content of this information is prohibited. If you have received this communication in error, please notify me immediately by email and delete the original message.

EXHIBIT 17 Johnson

## NRC License Transfer Requirements

- 10 CFR § 50.80 governs transfer of NRC licenses (including construction permits).

- No license may be transferred unless the NRC gives its written consent (§ 50.80(a)).

- The applicant for a license transfer (i.e., the transferee) must include in its application all of the identity, technical and financial qualification information that would be required for an initial license (§ 50.80(b)(i)).

- Because the construction permits expressly reference TVA ownership of the site (CPPR-122 and -123, Section 2), acquisition of the site by another entity would result in a failure to comply with one or more terms of the permits.

- Our research has not found a transfer of any type of license in which the ownership interest to be transferred has preceded the required NRC regulatory approval.

- The standard for license transfer approval under § 50.80 is not dependent upon the type of license whose transfer is sought
    - The distinction among license types relates only to the type of information that must be included in the transfer application

- We have found no distinction in license transfers regarding a plant's status under the NRC's Policy Statement on Deferred Plants (52 Fed. Reg. 38,077 (October 14, 1987)).
    - In applying the policy statement to COL applications, the NRC staff has indicated that transfer of ownership of "terminated plants" will be evaluated in accordance with applicable license transfer regulations.

Confidential
TVABLN00002644