FILED
2020 Oct-28 AM 10:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT EE

**To:** Henderson, Erin Kathleen[ekwest@tva.gov]
**From:** Higginbottom, George Stevin
**Sent:** Mon 7/30/2018 8:54:06 AM
**Subject:** RE: Bellefonte License Questions

Thanks Erin. Assuming ND to date has not requested a transfer, correct?
Steve

**From:** Henderson, Erin Kathleen
**Sent:** Monday, July 30, 2018 8:51 AM
**To:** Higginbottom, George Stevin <gshigginbottom@tva.gov>
**Subject:** RE: Bellefonte License Questions


**From:** Higginbottom, George Stevin
**Sent:** Friday, July 27, 2018 2:17 PM
**To:** Henderson, Erin Kathleen
**Subject:** Bellefonte License Questions

Erin – we're preparing a REACTIVE Q&A for our TVA media rep for a vender open house that Nuclear Development is holding at Bellefonte this coming Monday (July 30). Bill Johnson will review the Q&A over the weekend so we need to get the draft to him this afternoon. I've been asked to include questions on the license, so need your help on the following.

- What's the status of the Bellefonte license? They have construction permits which are in deferred status.
- What action will be necessary on the part of TVA for a license transfer? Is it initiated by Nuclear Development or TVA? ND is required to request transfer of the construction permits and must meet the applicable regulatory requirements as part of that request. TVA may be required to send a letter to the NRC consenting to the transfer.
  - Assuming Nuclear Development could not seek transfer until the acquisition is completed, correct? ND is required to request the CP transfer prior to the sale being finalized.
  - Would operating license application be done under Part 50, meaning they'd have to seek an operating license after completion? Yes, they will have to get a license.

Any other key considerations on the license we should be aware of?

Thanks for your help,
Steve

Confidential

**To:** Henderson, Erin Kathleen[ekwest@tva.gov]
**From:** Higginbottom, George Stevin
**Sent:** Mon 7/30/2018 7:21:43 AM
**Subject:** Re: Bellefonte License Questions

Erin, can you take a look at the questions below and give me a quick response? Need this morning possible.

**Steve Higginbottom**
Senior Manager Strategic Communications
Communications & Marketing

Tennessee Valley Authority
1101 Market Street
Chattanooga, TN 37402

423-751-7685 (w)
404-630-0479 (m)
gshigginbottom@tva.gov



**NOTICE:** This electronic message transmission contains information that may be TVA SENSITIVE, TVA RESTRICTED, or TVA CONFIDENTIAL. Any misuse or unauthorized disclosure can result in both civil and criminal penalties. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the content of this information is prohibited. If you have received this communication in error, please notify me immediately by email and delete the original message.

On Jul 27, 2018, at 14:16, Higginbottom, George Stevin <gshigginbottom@tva.gov> wrote:

> Erin – we're preparing a REACTIVE Q&A for our TVA media rep for a vender open house that Nuclear Development is holding at Bellefonte this coming Monday (July 30). Bill Johnson will review the Q&A over the weekend so we need to get the draft to him this afternoon. I've been asked to include questions on the license, so need your help on the following.
>
> •
> What's the status of the Bellefonte license?
> What action will be necessary on the part of TVA for a license transfer? Is it initiated by Nuclear Development or TVA?
> - Assuming Nuclear Development could not seek transfer until the acquisition is completed, correct?
> - Would operating license application be done under Part 50, meaning they'd have to seek an operating license after completion?
>
> Any other key considerations on the license we should be aware of?
>
> Thanks for your help,
> Steve

**To:** Henderson, Erin Kathleen[ekwest@tva.gov]
**From:** Chardos, James S
**Sent:** Tue 6/19/2018 3:32:15 PM
**Subject:** BLN Construction permits

ND plans on submitting an application to transfer the permits under 10CFR.50.80 and continuing their deferred status. Morgan Lewis is finalizing the details of the application and will reach out to TVA for any necessary support. Let me know if you need more information.

Jim Chardos
Site Manager Bellefonte Nuclear Plant
Nuclear Projects

2744 Bellefonte Road
Hollywood, Alabama 35752
256 574-8228
Cell 423 309-7072
jschardos@tva.gov

Confidential

TVABLN00002465