FILED
2020 Oct-28 AM 10:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT LL

**To:** Franklin Haney Sr.[flh@flhcompany.com]
**From:** Chardos, James S
**Sent:** Fri 9/21/2018 7:37:04 AM
**Subject:** Fwd: Emailing: 9-20-2018 Costs Due on or Before Closing R1
9-20-2018 Costs Due on or Before Closing R1.pdf
ATT00001.htm

Sent from my iPhone

Begin forwarded message:

> **From:** "Loudermilk, Connie J" <cjloudermilk@tva.gov>
> **Date:** September 20, 2018 at 2:27:09 PM CDT
> **To:** "Chardos, James S" <jschardos@tva.gov>
> **Subject: Emailing: 9-20-2018 Costs Due on or Before Closing R1**
>
> Your message is ready to be sent with the following file or link attachments:
>
> 9-20-2018 Costs Due on or Before Closing R1
>
> Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.



Confidential

TVABLN00002510

# Bellefonte

## Costs Due on or Before Closing

**3.**

### Excluded Assets

- (f) - Once Through Steam Generators (OTSG) - (2)
    - $1,193,130 on or before closing

**5.**

### Closing and Purchase Price

- (b) -
    - (ii) - $88,800,000 at closing (remaining portion of purchase value)
- (c) -
    - (iii) and (iv) - Fixed price of $1.65M paid on or before closing (compensate TVA for costs of relocating off-site certain large electrical components and the cost of additional environmental reviews)

Total Cost…..$91,643,130.00

09/20/2018
Rev 1

Confidential  TVABLN00002511