

FILED

2021 Jan-19  PM 02:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| NUCLEAR DEVELOPMENT LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 5:18-CV-01983-LCB |
| | ) | |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>DEFENDANT'S NOTICE OF CONFLICTING TRIAL SETTING</u>

Defendant Tennessee Valley Authority ("TVA") hereby gives notice that its counsel has a conflicting trial setting.  The Circuit Court of Shelby County, Alabama has scheduled a bench trial for March 30, 2021, in the case styled *Rose Griffin, et al v. Vulcan Lands, Inc., et al*, Case No. 58-CV-20110900831.00, in which TVA's counsel Matthew Lembke serves as lead counsel for Defendant Vulcan Lands, Inc.  That state-court matter, which was filed in 2011 and has had multiple prior trial settings, involves multiple parties, and Mr. Lembke does not expect the trial to be continued again.  Mr. Lembke received notice of the state court's trial setting on January 7, 2021, prior to receiving notice of this Court's decision to set the Nuclear Development/TVA trial for the week of March 29, 2021.

Respectfully submitted this 19th day of January, 2021.

*s/ Matthew H. Lembke*
Attorney for Defendant


OF COUNSEL:

Matthew H. Lembke
Riley McDaniel
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mlembke@bradley.com
rmcdaniel@bradley.com

David D. Ayliffe
Jill McCook
Office of the General Counsel
TENNESSEE VALLEY AUTHORITY
400 West Summit Hill Drive, WT6
Knoxville, Tennessee 37902
Telephone: (865) 632-3052
ddayliffe@tva.gov
jemccook@tva.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 19, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record:

> Caine O'Rear, III
> HAND ARENDALL HARRISON SALE, LLC
> Post Office Box 123
> Mobile, Alabama  36601
> corear@handarendall.com
>
> Edward Shane Black
> HAND ARENDALL LLC
> 102 South Jefferson Street
> Athens, Alabama  35611
> sblack@handarendall.com
>
> Larry David Blust
> HUGHES SOCOL PIERS RESNICK DYM, LTD.
> 70 West Madison Street, Suite 4000
> Chicago, Illinois  60602
> lblust@hsplegal.com

> _s/ Matthew H. Lembke_
> OF COUNSEL