# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NUCLEAR DEVELOPMENT LLC, ) ) Plaintiff, ) ) v. ) ) TENNESSEE VALLEY ) AUTHORITY, ) ) Defendant. ) | Case No.: 5:18-CV-01983-LCB **UNOPPOSED** |

## DEFENDANT'S UNOPPOSED* MOTION TO CONTINUE TRIAL SETTING

Defendant Tennessee Valley Authority ("TVA") moves to continue the trial of this action, which is currently set to begin on March 29, 2021, for at least 21 days. In support of this motion, TVA offers the following grounds:

1. As indicated in TVA's prior notice (Doc. 126), TVA's lead trial counsel Matthew Lembke has another case set for trial in the Circuit Court of Shelby County, Alabama, on March 30, 2020.

2. Mr. Lembke learned this week that an arbitration hearing in a matter which is pending before the American Arbitration Association has been rescheduled for the period March 18–26, 2021. While Mr. Lembke is not going to participate as an advocate at the hearing in the matter because he is a necessary witness who will testify at that hearing, he expects to be involved in other behind-the-scenes activities

as a lawyer for the respondents throughout that arbitration. That would make preparation for the trial in this matter very difficult.

3. The current trial setting occurs during the week leading up to Easter. TVA's trial representative, who is also a witness in the matter, has informed TVA that he cannot be available on Thursday or Friday of that week due to personal religious observation during Holy Week.

4. TVA is unaware of any conflicts that it has between April 19, 2021, and May 19, 2021.

5. *Nuclear Development requested that the following statement be included in this motion: Nuclear Development has no issue with the current trial start date of March 29, 2021, and its representatives and live witnesses have made themselves available to appear at that time. Notwithstanding, Nuclear Development does not oppose TVA's motion to continue where it is based on unavoidable conflicts. If this trial date is to be rescheduled, Nuclear Development requests a telephonic conference with the Court to discuss potential dates so as to avoid additional conflicts that either side may be aware of at the time of such conference. Keeping in mind the need for resolution of this matter, Nuclear Development will cooperate with the Court's calendar to the fullest extent possible.

WHEREFORE, PREMISES CONSIDERED, TVA requests that this Court continue the current trial setting for at least 21 days.

Respectfully submitted this 27th day of January, 2021.

        *s/ Matthew H. Lembke*
        Attorney for Defendant

OF COUNSEL:

Matthew H. Lembke
Riley McDaniel
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mlembke@bradley.com
rmcdaniel@bradley.com

David D. Ayliffe
Jill McCook
Office of the General Counsel
TENNESSEE VALLEY AUTHORITY
400 West Summit Hill Drive, WT6
Knoxville, Tennessee 37902
Telephone: (865) 632-3052
ddayliffe@tva.gov
jemccook@tva.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record:

>Caine O'Rear, III
>HAND ARENDALL HARRISON SALE, LLC
>Post Office Box 123
>Mobile, Alabama  36601
>corear@handarendall.com
>
>Edward Shane Black
>HAND ARENDALL LLC
>102 South Jefferson Street
>Athens, Alabama  35611
>sblack@handarendall.com
>
>Larry David Blust
>HUGHES SOCOL PIERS RESNICK DYM, LTD.
>70 West Madison Street, Suite 4000
>Chicago, Illinois  60602
>lblust@hsplegal.com

>            *s/ Matthew H. Lembke*
>                 OF COUNSEL