IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **NUCLEAR DEVELOPMENT, LLC**, | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 5:18-CV-01983-LCB |
| **TENNESSEE VALLEY AUTHORITY**, | | |
| Defendant | | |

### PROPOSED ORDER GRANTING MOTION OF MEMPHIS PUBLISHING COMPANY TO INTERVENE AND UNSEAL COURT RECORD

Before the Court is the Motion by proposed Intervenor Memphis Publishing Company, doing business as *The Commercial Appeal* ("*The Commercial Appeal*"), seeking to intervene and unseal records in this matter. Based on the Motion and related filings of the parties, and the entire record in this matter, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE adjudged, ordered, and decreed that the Motion to Intervene and Unseal Court Record is hereby granted, and:

(1) *The Commercial Appeal* is permitted to intervene; and

(2) the filings, exhibits, and documents previously sealed in this matter are hereby ordered to be unsealed and placed into the publicly available record on the PACER system.

This the _____ day of February 2021.

_____
United States District Judge