FILED
2021 Feb-19  AM 09:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **NUCLEAR DEVELOPMENT, LLC,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **TENNESSEE VALLEY AUTHORITY,** ) <br> ) <br> **Defendant.** ) | Case No.: 5:18-cv-1983-LCB |

## ORDER

Before the Court is the Motion of Memphis Publishing Company to Intervene and Unseal Court Record (Doc. 133). Plaintiff Nuclear Development and Defendant Tennessee Valley Authority are hereby **ORDERED** to file a response to the motion by **February 24, 2021 at 12:00 P.M.** It is further **ORDERED** that a hearing on the motion is set for **February 25, 2021 at 1:15 P.M.** at the Federal Courthouse in Huntsville, Alabama.

**DONE** and **ORDERED** this February 19, 2021.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE