UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

NUCLEAR DEVELOPMENT LLC,
Plaintiff,

v.   No. 5:18-CV-01983-LCB

TENNESSEE VALLEY AUTHORITY,
Defendant.

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1, Ibrahim M. Berro hereby gives notice of his appearance as attorney of record for Defendant, Tennessee Valley Authority, in the above captioned matter.

Respectfully submitted,

*s/Ibrahim M. Berro*
David D. Ayliffe, (TN BPR 024297)
Director, Litigation
Ibrahim M. Berro, (TN BPR 036731)
Jill E. McCook, (TN BPR 033813)
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.3052
imberro@tva.gov

Attorneys for Tennessee Valley Authority

103885032

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record:

    Caine O'Rear, III
    HAND ARENDALL HARRISON SALE, LLC
    Post Office Box 123
    Mobile, Alabama 36601
    corear@handarendall.com

    Edward Shane Black
    HAND ARENDALL LLC
    102 South Jefferson Street
    Athens, Alabama 35611
    sblack@handarendall.com

    Larry David Blust
    HUGHES SOCOL PIERS RESNICK DYM, LTD.
    70 West Madison Street, Suite 4000
    Chicago, Illinois 60602
    lblust@hsplegal.com

                                         *s/Ibrahim M. Berro*
                                         Attorney for Tennessee Valley Authority