FILED
2021 Mar-09  PM 04:54
U.S. DISTRICT COURT
N.D. OF ALABAMA



**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| NUCLEAR DEVELOPMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION CASE NUMBER: |
| vs. | § | |
| | § | 5:18-cv-01983-LCB |
| TENNESSEE VALLEY AUTHORITY, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS**

Plaintiff Nuclear Development, LLC ("ND") objects to Defendant TVA's designations of deposition testimony for trial, found at Documents 112, 118 and 122, as follows:

William Johnson

| | |
|---|---|
| 59:11 - 15 | Speculation |
| 59:20 - 60:2 | Speculation |
| 113:7 - 14 | Hearsay (FRE 801, 802); undisclosed expert opinions; undisclosed witness. |
| 124:1 - 127:14 | Lack of relevance (FRE 401, 402) |
| 129:13 - 130:12 | Lack of relevance (FRE 401, 402); speculation; hearsay (FRE 801, 802); lack of personal knowledge (FRE 602). |
| 134:7 - 135:18 | Lack of relevance (FRE 401, 402) |
| 136:22 - 137:6 | Hearsay (FRE 801, 802); undisclosed expert opinions; undisclosed witness; improper legal conclusions. |
| 137:9 - 11 | Leading; lack of foundation; undisclosed expert opinions; improper legal conclusions. |
| 138:1 - 139:19 | Lack of relevance (FRE 801, 802); speculation; undisclosed expert opinions. |

| | |
|---|---|
| 139:19 - 22 | Hearsay (FRE 801, 802); undisclosed expert opinions; improper legal conclusions. |
| 139:23 - 140:4 | Lack of relevance (FRE 401, 402); speculation. |
| 140:23 - 141:10 | Lack of relevance (FRE 401, 402). |
| 142:7 - 23 | Lack of relevance (FRE 401, 402). |
| 144:2 - 145:1 | Lack of relevance (FRE 401, 402); improper legal conclusions; colloquy by counsel. |
| 149:8 - 23 | Hearsay (FRE 801, 802); undisclosed expert opinions; undisclosed witness. |
| 150:2 - 16 | Lack of relevance (FRE 401, 402). |

Sherry Quirk

| | |
|---|---|
| 86:8 – 17 | Lack of relevance (FRE 401, 402); speculation. |
| 87:9 – 88:9 | Lack of relevance (FRE 401, 402); speculation. |
| 101:15 – 20 | Hearsay (FRE 801, 802); undisclosed expert opinions; undisclosed witness; lack of personal knowledge (FRE 602); speculation. |
| 102: 2 – 8 | Hearsay (FRE 801, 802); undisclosed expert opinions; undisclosed witness; lack of personal knowledge (FRE 602); speculation. |
| 103:6 – 8 | Lack of relevance (FRE 401, 402); undisclosed witness. |
| 107:13 – 18 | Hearsay (FRE 801, 802). |
| 108:9 – 20 | Hearsay (FRE 801; 802); lack of personal knowledge (FRE 602); speculation. |
| 112:20 – 113:19 | Hearsay (FRE 801, 802); undisclosed expert opinions; undisclosed witness; lack of personal knowledge (FRE 602); speculation. |
| 124:6 – 22 | Lack of personal knowledge (FRE 602); speculation. |

| | |
|---|---|
| 132:8 – 133:6 | Hearsay (FRE 801, 802); lack of personal knowledge (FRE 602); speculation. |
| 135:21 – 138:25 | Lack of relevance (FRE 401, 402); lack of personal knowledge (FRE 602); hearsay (FRE 801, 802). |
| 140:6 – 141:2 | Lack of personal knowledge (FRE 602); lack of foundation; exhibit is best evidence. |
| 141:14 – 142:12 | Lack of relevance (FRE 401, 402); lack of foundation. |
| 142:13 – 143:5 | Speculation; vague. |

<u>Joseph Shea</u>

| | |
|---|---|
| 18:2 – 19:13 | Lack of relevance (FRE 401, 402). |
| 19:23 – 21:10 | Hearsay (FRE 801, 802). |
| 38:11 – 39:6 | Speculation. |

<u>Kevin Dutton</u>

| | |
|---|---|
| 30:8 – 25 | Lack of relevance (FRE 401, 402); hearsay (FRE 801; 802); Ex. 170 is not a trial exhibit; lack of foundation. |
| 43:4 – 18 | Hearsay (FRE 801, 802); lack of personal knowledge (FRE 602); speculation; lack of foundation. |
| 45:24 – 46:16 | Lack of personal knowledge (FRE 602). |
| 51:17 – 22 | Lack of relevance (FRE 401, 402). |
| 55:9 – 11 | Lack of relevance (FRE 401, 402). |
| 57:17 – 59:21 | Lack of relevance (FRE 401, 402); hearsay (FRE 801; 802); Ex. 170 is not a trial exhibit; lack of foundation. |

<u>Timothy Matthews</u>

| | |
|---|---|
| 17:1 – 7 | Lack of relevance (FRE 401, 402); misleading, waste of time (FRE 403). |

| | |
|---|---|
| 29:13 – 17 | Lack of relevance (FRE 401, 402); misleading, waste of time (FRE 403). |
| 32:1 – 10 | Lack of relevance (FRE 401, 402); misleading, waste of time (FRE 403). |
| 35:1 – 19 | Lack of relevance (FRE 401, 402); misleading, waste of time (FRE 403). |
| 36:1 – 37:17 | Lack of relevance (FRE 401, 402); misleading, waste of time (FRE 403). |
| 39:5 – 15 | Lack of relevance (FRE 401, 402); misleading, waste of time (FRE 403). |
| 39:22 – 40:21 | Lack of relevance (FRE 401, 402); misleading, waste of time (FRE 403). |
| 41:6 – 42:6 | Lack of relevance (FRE 401, 402); misleading, waste of time (FRE 403). |
| 49:20 – 51:23 | Lack of relevance (FRE 401, 402); attorney-client privilege; misleading, waste of time (FRE 403). |
| 53:15 – 57:5 | Lack of relevance (FRE 401, 402); misleading, waste of time (FRE 403). |
| 57:18 – 60:12 | Lack of relevance (FRE 401, 402); misleading, waste of time (FRE 403). |
| 61:5 – 62:3 | Lack of relevance (FRE 401, 402); attorney-client privilege; misleading, waste of time (FRE 403). |
| 77:9 – 13 | Lack of relevance (FRE 401, 402). |
| 80:14 – 82:11 | Lack of relevance (FRE 401, 402). |
| 86:14 – 92:1 | Lack of relevance (FRE 401, 402). |
| 96:22 – 98:14 | Lack of relevance (FRE 401, 402). |
| 100:8 – 104:15 | Lack of relevance (FRE 401, 402). |
| 117:20 – 118:21 | Lack of personal knowledge (FRE 602). |
| 118:22 – 126:9 | Lack of relevance (FRE 401, 402). |
| 128:5 – 129:5 | Lack of relevance (FRE 401, 402). |
| 129:23 – 130:14 | Lack of relevance (FRE 401, 402). |
| 132:19 – 135:21 | Lack of relevance (FRE 401, 402). |
| 154:14 – 16 | Lack of relevance (FRE 401, 402); cumulative. |

| 162:4 – 23 | Hearsay (FRE 801, 802); undisclosed expert opinions; undisclosed witness; improper legal conclusions. |
| 166:23 – 170:1 | Attorney-client privilege; lack of relevance (FRE 401, 402); colloquy of counsel. |
| 171:10 – 174:13 | Lack of relevance (FRE 401, 402). |
| 194:2 – 199:16 | Lack of relevance (FRE 401, 402). |
| 231:14 – 232:3 | Lack of relevance (FRE 401, 402). |
| 236:15 – 237:7 | Request for legal conclusion. |
| 266:1 – 16 | Lack of relevance (FRE 401, 402). |

## Robert Coward

| 49:3 – 18 | Lack of relevance (FRE 401, 402). |
| 83:6 – 84:6 | Hearsay (FRE 801, 802); lack of authentication (FRE 901); lack of relevance (FRE 401, 402). |
| 88:20 – 89:18 | Hearsay (FRE 801, 802); lack of authentication (FRE 901); lack of relevance (FRE 401, 402). |
| 91:12 – 93:5 | Hearsay (FRE 801, 802); lack of authentication (FRE 901); lack of relevance (FRE 401, 402). |
| 94:3 – 95:10 | Hearsay (FRE 801, 802); lack of authentication (FRE 901); lack of relevance (FRE 401, 402). |
| 96:5 – 97:2 | Hearsay (FRE 801, 802); lack of authentication (FRE 901); lack of relevance (FRE 401, 402). |
| 98:7 – 13 | Hearsay (FRE 801, 802); lack of authentication (FRE 901); lack of relevance (FRE 401, 402). |
| 98:21 – 99:4 | Hearsay (FRE 801, 802); lack of authentication (FRE 901); lack of relevance (FRE 401, 402). |

## Marie Gillman

| 28:15 – 30:8 | Lack of relevance (FRE 401, 402). |
| 30:16 – 20 | Lack of relevance (FRE 401, 402). |
| 31:14 – 34:5 | Lack of relevance (FRE 401, 402). |

| 66:15 – 72:14 | Lack of relevance (FRE 401, 402). |
|---|---|
| 73:18 – 74:9 | Lack of relevance (FRE 401, 402); lack of personal knowledge (FRE 602). |
| 108:6 – 19 | Lack of relevance (FRE 401, 402); hearsay (FRE 801, 802). |
| 112:3 – 113:2 | Lack of relevance (FRE 401, 402); hearsay (FRE 801, 802). |

### Frank Haney, Jr.

| 26:20 – 27:2 | Lack of relevance (FRE 401, 402). |
|---|---|
| 105:3 – 109:15 | Hearsay (FRE 801, 802); lack of foundation; lack of personal knowledge (FRE 602); lack of relevance (FRE 401, 402). |
| 117:16 – 119:15 | Lack of relevance (FRE 401, 402). |
| 134:11 – 135:2 | Lack of personal knowledge (FRE 602); lack of relevance (FRE 401, 402). |
| 136:8 – 137:4 | Lack of personal knowledge (FRE 602); lack of relevance (FRE 401, 402). |
| 137:10 – 143:21 | Lack of personal knowledge (FRE 602); lack of relevance (FRE 401, 402). |
| 146:12 – 147:5 | Lack of personal knowledge (FRE 602). |
| 158:1 – 159:21 | Lack of relevance (FRE 401, 402). |
| 167:13 – 170:13 | Lack of relevance (FRE 401, 402); hearsay (FRE 801, 802). |
| 171:5 - 179:12 | Lack of relevance (FRE 401, 402); hearsay (FRE 801, 802). |
| 180:8 – 181:2 | Lack of relevance (FRE 401, 402); hearsay (FRE 801, 802). |
| 195:7 – 197:7 | Lack of personal knowledge (FRE 602). |

*/s/ Caine O'Rear III*
CAINE O'REAR III (OREAC6985)
HAND ARENDALL HARRISON SALE LLC
P. O. Box 123
Mobile, AL  36601

(251) 432-5511
corear@handfirm.com

E. SHANE BLACK (BLACE7644)
HAND ARENDALL HARRISON SALE LLC
102 S. Jefferson Street
Athens, AL  35611
(256) 232-0202
sblack@handfirm.com

LARRY D. BLUST (*pro hac vice*)
HUGHES SOCOL PIERS RESNICK DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, IL 60602
(312) 604-2672
lblust@hsplegal.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that, on March 9, 2021, I filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew H. Lembke, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
mlembke@bradley.com

David D. Ayliffe, Esq.
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive, WT6
Knoxville, Tennessee 37902
ddayliffe@tva.gov

*/s/ Caine O'Rear III*