FILED
2021 Apr-16 PM 05:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| NUCLEAR DEVELOPMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION CASE NUMBER: |
| vs. | § | |
| | § | 5:18-cv-01983-LCB |
| TENNESSEE VALLEY AUTHORITY, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S AMENDED DESIGNATION OF DEPOSITION TESTIMONY

Nuclear Development, LLC designates by line and page the following deposition testimony that it may offer at the trial of this matter:

1. Deposition of Joseph Shea: 6:7-13; 8:8-11; 9:13-10:4; 12:16-13:11; 14:18-15:3; 33:3-38:9; 39:8-15; 44:1-45:5; 54:1-18; 87:13-88:12; 104:25-106:8; 106:14-107:12.

2. Deposition of Marie Gillman: 5:23-25; 7:5-23; 8:17-23; 11:9-12:10; 12:17-13:8; 19:3-8; 30:21-25; 31:5-13; 34:6-7; 35:16-36:18; 40:9-41:8; 43:4-15; 55:19-56:20; 57:10-14; 57:25-58:20; 60:25-61:4; 61:11-21; 77:7-78:22; 80:10-81:15; 95:17-96:17.

3. Deposition of Robert Coward: 11:1-3; 12:9-10; 12:14-16; 12:23-13:9; 13:13-14:1; 14:14-15:4; 23:14-24:7.

4. Deposition of Sherry Quirk: 7:7-14; 9:24-25; 12:2-5; 12:11-17; 17:15-18:1; 20:15-24; 21:9-16; 21:19-22:2; 22:10-23:10; 26:4-7; 34:2-11; 35:21-23; 46:1-4; 47:10-13; 49:10-23; 50:18-22; 51:11-52:18; 53:6-14; 54:1-55:5; 55:23-56:11; 58:3-8; 58:24-59:12;

61:2-62:1;  62:14-63:6;  67:18-69:5;  69:18-21;  70:3-72:10;  72:19-73:5;  79:6-14;  80:15-81:11; 82:23-84:1; 88:19-89:9; 92:3-21; 93:8-18; 93:23-94:20; 96:10-12.

5. Deposition of William Johnson:  7:9-19; 8:25-9:6; 11:5-12:20; 13:8-14:13; 15:12-21; 16:11-20:22; 21:2-22:2; 23:8-25;  25:21-26:25; 27:9-28:4; 33:2-9; 36:19-37:8; 37:19-38:1; 44:3-47:22; 53:3-6; 53:17-23; 61:1-5; 65:24-67:17; 68:5-70:9; 72:8-14; 73:8-74:15; 75:3-22; 77:16-78:4; 79:21-80:13; 81:10-18; 86:2-13; 89:5-8;  91:8-16; 91:25-92:5; 93:5-97:20; 97:24-98:2; 99:4-101:7; 101:18-102:3; 102:14-17; 102:25-107:20; 109:10-22; 110:6-17; 111:4-112:7; 117:8-118:22; 119:2-4.

6. Deposition of Franklin L. Haney, Sr.:  7:9-11; 8:14-9:10; 9:15-21; 10:10-12:23; 14:7-12; 18:14-23; 21:15-22:1; 39:5-40:4; 43:10-44:15; 47:7-48:7; 100:20-103:9; 106:4-11; 107:11-108:4; 108:22-25; 109:4-13; 113:2-15.

Nuclear Development submits its Deposition Designations without waiving its objections to the Court's April 12, 2021 Order (doc. 175) limiting the matters for trial based on the Court's Summary Judgment Order (doc. 161) as stated on the record during the parties pre-trial hearing on April 8, 2021. Nuclear Development continues to object to the Court's April 12, 2021 Order (doc. 175) regarding the matters for trial and the Summary Judgment Order (doc. 161).

        */s/ Caine O'Rear III*
        CAINE O'REAR III (OREAC6985)
        HAND ARENDALL HARRISON SALE LLC
        P. O. Box 123
        Mobile, AL  36601
        (251) 432-5511
        corear@handfirm.com

        E. SHANE BLACK (BLACE7644)
        HAND ARENDALL HARRISON SALE LLC
        102 S. Jefferson Street
        Athens, AL  35611
        (256) 232-0202
        sblack@handfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that, on April 16, 2021, I filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew H. Lembke, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
mlembke@bradley.com

David D. Ayliffe, Esq.
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive, WT6
Knoxville, Tennessee 37902
ddayliffe@tva.gov

        */s/ Caine O'Rear III*