# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **NUCLEAR DEVELOPMENT, LLC,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) ) | Case No.: 5:18-cv-1983-LCB
| **TENNESSEE VALLEY AUTHORITY,** | ) ) ) |
| **Defendant.** | ) |

## ORDER

In accordance with Rule 16(d) of the Federal Rules of Civil Procedure, the Court enters this order reciting the actions taken on April 19, 2021.

The Court **ORDERS** that:

1. Nuclear Development, LLC may file a brief responsive to the Tennessee Valley Authority's Motion to Strike and Motion for Partial Dismissal of Amended Complaint (Doc. 186) by **April 21**; and

2. The page limit for any pretrial briefs is extended to 20 pages.

Since the hearing, the Court has also received notice that the parties have agreed to a revised schedule of pretrial deadlines. It is therefore further **ORDERED** that:

1. The deadline for the parties to exchange deposition counter-designations is extended to **April 21**; the deadline to submit the proposed pretrial order is extended to **April 22**; and the deadline for the parties to exchange objections to exhibit lists, deposition designations, and deposition counter-designations is extended to **April 23**.

**DONE** and **ORDERED** this April 21, 2021.

_____

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE