FILED
2021 Apr-27 PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **NUCLEAR DEVELOPMENT, LLC,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **TENNESSEE VALLEY AUTHORITY,** ) <br> ) <br> **Defendant.** ) | Case No.: 5:18-cv-1983-LCB |

## ORDER

The non-jury trial set for April 26, 2021 at 9:00 A.M. is **CONTINUED** to **Sunday, May 16, 2021 at 1:30 P.M.** in the United States District Court, 101 Holmes Avenue N.E., Huntsville, Alabama.

**DONE** and **ORDERED** this April 27, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE