FILED

2021 May-06  AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| NUCLEAR DEVELOPMENT LLC,    ) <br> ) <br> Plaintiff,    ) <br> ) <br> v.    ) <br> ) <br> TENNESSEE VALLEY    ) <br> AUTHORITY,    ) <br> ) <br> Defendant.    ) | Case No.: 5:18-CV-01983-LCB |

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S FOURTH AMENDED EXHIBIT LIST

Defendant Tennessee Valley Authority ("TVA") hereby submits the following objections to Plaintiff Nuclear Development, LLC's ("ND") fourth amended exhibit list (Doc. 216).

| Exhibit Number | Description | Objection |
|---|---|---|
| 2 | 4/25/16 TVA's CEP report | Not relevant under Fed. R. Evid. 401 and 402. |
| 3 | 5/5/16 Minutes of Meeting of the Board of Directors of TVA | Not relevant under Fed. R. Evid. 401 and 402. |
| 4 | 5/5/16 TVA Board Resolution | Not relevant under Fed. R. Evid. 401 and 402. |
| 5 | 11/14/16 TVA Press Release | Not relevant under Fed. R. Evid. 401 and 402. |
| 6 | Bellefonte Economics Projections | Not properly authenticated under Fed. R. Evid. 901.  Not relevant under Fed. R. Evid. 401 and 402. |

| 10 | 8/14/18 Email from Maierhofer to Johnson | Not relevant under Fed. R. Evid. 401 and 402. |
|---|---|---|
| 15[1] | 10/25/18 Email from Beeler to Beach | Not relevant under Fed. R. Evid. 401 and 402. |
| 16 | 11/6/18 Email from Chardos to Blust | Not relevant under Fed. R. Evid. 401 and 402. |
| 19 | 11/12/18 Email from ND to TVA | Not relevant under Fed. R. Evid. 401 and 402. |
| 20 | 9/19/19 CD | Not relevant under Fed. R. Evid. 401 and 402. |
| 21 | Thumb drive | Not relevant under Fed. R. Evid. 401 and 402. |
| 25 | 11/30/18 Email with letter from ND to TVA | Not relevant under Fed. R. Evid. 401 and 402. |
| 29 | 11/28/18 Email from Blust to Quirk and Beach | Not relevant under Fed. R. Evid. 401 and 402. |
| 40 | 11/14/18 Email from Rausch to Czufin | Not relevant under Fed. R. Evid. 401 and 402. |
| 92 | 11/6/18 Email from Chardos to Blust | Not relevant under Fed. R. Evid. 401 and 402. |
| 94 | 10/24/18 Email from Blust to Quirk | Not relevant under Fed. R. Evid. 401 and 402 |
| 120 | Nuclear Development's Interim Damages Computation | Lack of foundation. Fed. R. Evid. 901. Hearsay under Fed. R. Evid. 801 and 802. |
| 127 | TVA's DSEP Report | Not relevant under Fed. R. Evid. 401 and 402. |
| 144 | Declaration of Robert "Bud" Cramer Jr. | Hearsay under Fed. R. Evid. 801 and 802. |
| 154 | Declaration of Robert N. Coward | Hearsay under Fed. R. Evid. 801 and 802. |
| 160 | Declaration of William C.T. Gaynor, II | Hearsay under Fed. R. Evid. 801 and 802. |
| 163 | Declaration of Susan Adler Thorp | Hearsay under Fed. R. Evid. 801 and 802. |

[1] TVA inadvertently included Exhibit 15 on its Exhibit List (Doc. 203).  TVA hereby withdraws Exhibit 15 from its list.

| 165 | Declaration of Steven Reid | Hearsay under Fed. R. Evid. 801 and 802. |
|-----|---------------------------|------------------------------------------|
| 167 | Declaration of Van D. Turner, Esq. | Hearsay under Fed. R. Evid. 801 and 802. |
| 172 | TVA's Responses and Objections to Plaintiff's Amended Third Set of Requests for Admission | Not relevant under Fed. R. Evid. 401 and 402. |
| 184 | Notice of Closing Costs | Not relevant under Fed. R. Evid. 401 and 402. |
| 190 | 11/29/18 Email from Chardos to Blust | Not relevant under Fed. R. Evid. 401 and 402. |
| 302 | TVA's Response to Second Set of Requests for Admission | Not relevant under Fed. R. Evid. 401 and 402. |
| 303 | 07/30/18 Email from Henderson to Higginbottom | Not properly authenticated under Fed. R. Evid. 901/non-sequential. Not relevant under Fed. R. Evid. 401 and 402. Not produced by Court's deadline for exhibits. |
| 304 | TVA/Concentric Offering Memorandum | Not relevant under Fed. R. Evid. 401 and 402. |
| 305 | 11/3/20 NRC letter to Nuclear Development | Not relevant under Fed. R. Evid. 401 and 402. |
| 308 | 2019-2020 NRC Invoices to TVA for Bellefonte | Not relevant under Fed. R. Evid. 401 and 402.  Fed. R. Civ. P. 37(c)(1)/not produced in discovery. |
| 309 | 8/19/20 Invoice from TVA to ND attaching NRC invoices regarding Bellefonte | Not relevant under Fed. R. Evid. 401 and 402. Fed. R. Civ. P. 37(c)(1)/not produced in discovery. |
| 315 | 11/30/18 Letter from Sally Lee with the UBS Financial Services to the Tennessee Valley Authority | Not properly authenticated under Fed. R. Evid. 901. Fed. R. Civ. P. 37(c)(1)/not produced in discovery. |
| 316 | Summary exhibit of damages claimed by Plaintiff | Fed. R. Civ. P. 37(c)(1)/not produced in discovery. Not produced by Court's deadline for exhibits. Not proper summary under Fed. R. Evid. 1006.   TVA also |

| | | incorporates its objections noted above to the individual exhibits referenced in Exhibit 316. |
|---|---|---|
| 317 | 8/15/18 email from Czufin to Shea | Not relevant under Fed. R. Evid. 401 and 402. |
| 318 | 2019-10-03 TVA Bellefonte Privilege Log (Row 945) | Not relevant under Fed. R. Evid. 401 and 402. Not disclosed in initial disclosures as required by Fed. R. Civ. P. 26. Lack of foundation. Fed. R. Evid. 901. Probative value is substantially outweighed by unfair prejudice, confusing issues, and wasting time. Fed. R. Evid. 403. |
| 319 | 2019-10-03 TVA Bellefonte Privilege Log (Row 864) | Not relevant under Fed. R. Evid. 401 and 402. Not disclosed in initial disclosures as required by Fed. R. Civ. P. 26. Lack of foundation. Fed. R. Evid. 901. Probative value is substantially outweighed by unfair prejudice, confusing issues, and wasting time.   Fed. R. Evid. 403. Concerns discovery dispute that was not submitted to the Court consistent with the Court's Initial Order |

Respectfully submitted this 6th day of May, 2021.

*s/ Matthew H. Lembke*
Attorney for Defendant

OF COUNSEL:

Matthew H. Lembke
Riley McDaniel
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mlembke@bradley.com

rmcdaniel@bradley.com

David D. Ayliffe
Jill McCook
Ibrahim M. Berro
Office of the General Counsel
TENNESSEE VALLEY AUTHORITY
400 West Summit Hill Drive, WT6
Knoxville, Tennessee 37902
Telephone: (865) 632-3052
ddayliffe@tva.gov
jemccook@tva.gov
imberro@tva.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 6, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record:

> Caine O'Rear, III
> HAND ARENDALL HARRISON SALE, LLC
> Post Office Box 123
> Mobile, Alabama  36601
> corear@handarendall.com
>
> Edward Shane Black
> HAND ARENDALL LLC
> 102 South Jefferson Street
> Athens, Alabama  35611
> sblack@handarendall.com
>
> Larry David Blust
> HUGHES SOCOL PIERS RESNICK DYM, LTD.
> 70 West Madison Street, Suite 4000
> Chicago, Illinois  60602
> lblust@hsplegal.com

*s/ Matthew H. Lembke*

OF COUNSEL
