# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NUCLEAR DEVELOPMENT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:18-CV-01983-LCB |
| ) | |
| TENNESSEE VALLEY ) | |
| AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS

Defendant Tennessee Valley Authority ("TVA") submits the following objections to Plaintiff Nuclear Development, LLC's ("ND") revised deposition designations (Doc. 184), revised counter-designations (Doc. 194), and second amended deposition designations (Doc. 215).

### Robert Coward

| ND's Designation | TVA's Objection |
|---|---|
| 23:14-24:7 | Hearsay. |
| 55:4-56:2 | Lack of foundation. |
| 81:7-82:22 | Not relevant. |

## Marie Gillman

| ND's Designation | TVA's Objection |
|---|---|
| 56:5-56:20 | Not relevant. |
| 57:10-57:14 | Not relevant. |
| 57:25-58:20 | Not relevant. |
| 60:25-61:4 | Not relevant. |
| 61:11-61:21 | Not relevant. |
| 78:12-78:22 | Not relevant; calls for legal conclusion. |

## Franklin Haney, Jr.

| ND's Designation | TVA's Objection |
|---|---|
| 64:23-65:8 | Not relevant. |
| 65:17-66:4 | Not relevant. |
| 67:15-68:12 | Not relevant. |
| 90:23-92:10 | Not relevant. |
| 107:8-107:17 | Not relevant. |
| 108:2-109:10 | Not relevant. |
| 116:11-116:17 | Not relevant. |
| 152:1-154:18 | Not relevant. |

## Franklin Haney, Sr.

| ND's Designation | TVA's Objection |
|---|---|
| 21:15-22:1 | Not relevant. |
| 39:5-40:4 | Not relevant. |
| 43:10-44:15 | Not relevant. |
| 100:20-103:9 | Not relevant. |
| 107:11-108:4 | Not relevant. |
| 108:22-108:25 | Not relevant. |
| 109:4-109:13 | Not relevant. |
| 113:2-113:15 | Not relevant. |

## William Johnson

| ND's Designation | TVA's Objection |
|---|---|
| 13:8-14:13 | Not relevant. |
| 16:15-20:22 | Not relevant. |
| 23:8-23:25 | Not relevant. |
| 25:21-26:25 | Not relevant. |
| 27:9-28:4 | Not relevant. |
| 36:19-37:8 | Not relevant. |

| | |
|---|---|
| 37:19-38:1 | Not relevant. |
| 44:3-47:22 | Not relevant. |
| 53:17-53:23 | Not relevant. |
| 61:1-61:5 | Not relevant. |
| 64:2-65:14 | Not relevant. Probative value is substantially outweighed by unfair prejudice, confusing issues, and wasting time. Concerns discovery dispute that was not submitted to the Court consistent with the Court's Initial Order |
| 65:24-67:17 | Not relevant. |
| 68:5-70:19 | Not relevant. |
| 72:8-72:14 | Lack of foundation. |
| 73:8-73:21 | Lack of foundation. |
| 75:3-75:22 | Not relevant. |
| 77:16-78:4 | Not relevant. |
| 79:21-80:13 | Not relevant. |
| 81:10-81:18 | Not relevant. |
| 89:5-89:8 | Not relevant. |
| 91:8-91:16 | Not relevant. |
| 91:25-92:5 | Not relevant. |
| 93:5-97:20 | Not relevant. |
| 97:24-98:2 | Not relevant. |

| | |
|---|---|
| 99:4-101:7 | Not relevant. |
| 101:18-102:3 | Not relevant. |
| 102:14-102:17 | Not relevant. |
| 102:24-107:20 | Not relevant. |
| 109:10-109:22 | Not relevant. |
| 111:4-112:17 | Not relevant. |
| 117:8-118:22 | Not relevant. |
| 119:2-119:4 | Not relevant. |
| 130:13-132:10 | Not relevant. |
| 133:15-134:6 | Not relevant. |

## Sherry Quirk

| ND's Designation | TVA's Objections |
|---|---|
| 46:1-46:4 | Not relevant. |
| 47:10-47:13 | Not relevant. |
| 50:18-50:22 | Not relevant. |
| 51:11-52:18 | Not relevant. |
| 55:23-56:7 | Lack of foundation. |
| 61:2-62:1 | Not relevant. |

| | |
|---|---|
| 62:14-63:6 | Not relevant. |
| 67:18-69:5 | Not relevant. |
| 73:6-77:11 | Not relevant. Probative value is substantially outweighed by unfair prejudice, confusing issues, and wasting time. Concerns discovery dispute that was not submitted to the Court consistent with the Court's Initial Order |
| 79:6-79:14 | Not relevant. |
| 80:15-81:11 | Not relevant. |
| 82:23-83:1 | Not relevant. |
| 88:19-89:9 | Not relevant. |
| 92:3-92:21 | Not relevant. |
| 93:8-93:18 | Not relevant. |
| 93:23-94:20 | Not relevant. |
| 96:10-96:12 | Not relevant. |

Respectfully submitted this 6th day of May, 2021.

                          *s/ Matthew H. Lembke*
                          Attorney for Defendant

                          OF COUNSEL:

                          Matthew H. Lembke
                          Riley McDaniel
                          BRADLEY ARANT BOULT CUMMINGS LLP
                          1819 Fifth Avenue North
                          Birmingham, Alabama 35203-2119
                          Telephone: (205) 521-8000

Facsimile: (205) 521-8800
mlembke@bradley.com
rmcdaniel@bradley.com

David D. Ayliffe
Jill McCook
Ibrahim M. Berro
Office of the General Counsel
TENNESSEE VALLEY AUTHORITY
400 West Summit Hill Drive, WT6
Knoxville, Tennessee 37902
Telephone: (865) 632-3052
ddayliffe@tva.gov
jemccook@tva.gov
imberro@tva.gov

## **CERTIFICATE OF SERVICE**

 I hereby certify that on May 6, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record:

   Caine O'Rear, III
   HAND ARENDALL HARRISON SALE, LLC
   Post Office Box 123
   Mobile, Alabama  36601
   corear@handarendall.com

   Edward Shane Black
   HAND ARENDALL LLC
   102 South Jefferson Street
   Athens, Alabama  35611
   sblack@handarendall.com

   Larry David Blust
   HUGHES SOCOL PIERS RESNICK DYM, LTD.
   70 West Madison Street, Suite 4000
   Chicago, Illinois  60602
   lblust@hsplegal.com


     *s/ Matthew H. Lembke*
     OF COUNSEL