FILED
2021 May-19 PM 06:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT J

<u>Proffer of Testimony of Joseph Shea</u>

Joseph Shea will testify live as follows: He was Vice President of Licensing for TVA in 2016 and 2017. From August 2017 through 2018, Shea was Vice President of Regulatory Affairs and Support Services for TVA.

Shea cannot say that TVA needed NRC's approval to sell Bellefonte.

Shea never contended to ND that it would be illegal for TVA to close the transaction to sell the Bellefonte site to ND before the NRC approved the transfer of the construction permits.