FILED
2021 May-19  PM 06:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT L

Proffer of Testimony of Franklin Haney, Sr.

Franklin Haney, Sr. ("Haney, Sr.") will testify by deposition, in accordance with the attached deposition excerpts, as follows:  The day after Bill McCollum made a presentation to the City of Memphis regarding potential cost savings to the City if it would use a power source other than TVA, I along with Larry Blust met with Bill Johnson and Sherry Quirk.  Johnson was upset about the comments McCollum made to the City of Memphis.  Larry Blust and I made a proposal to TVA whereby ND and TVA would enter into a joint venture and ND would share with TVA any revenue from the sale of the power of Memphis from Bellefonte.