# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NUCLEAR DEVELOPMENT, LLC, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION CASE NUMBER: |
| vs. § | |
| § | 5:18-cv-01983-LCB |
| TENNESSEE VALLEY AUTHORITY, § | |
| § | |
| Defendant. § | |

## PLAINTIFF'S PROFFER EXHIBIT LIST

Plaintiff Nuclear Development, LLC ("ND") submits the following list of exhibits in support of its Offer of Proof filed contemporaneously herewith:

| Ex No. | Description |
|---|---|
| 4 | 5/5/16 TVA Board Resolution (TVABLN00002633-2634) |
| 9 | 6/19/18 Email to Matthews from Chardos (TVABLN00002463-2464) |
| 11 | 9/14/18 NRC summary of meeting (TVABLN00002045-2052) |
| 15 | 10/25/18 Email from Beeler to Beach (TVABLN00006245-6246) |
| 17 | 11/9/18 Email from Beach to Blust (TVABLN00002643-2644) |
| 19 | 11/12/18 Email from ND to TVA (TVABLN00000043-44) |
| 24 | 11/29/18 Letter from ND to TVA (TVABLN00002651 – 2652) |
| 25 | 11/30/18 Email with letter from ND to TVA (TVABLN00006461-6464) |
| 26 | 11/13/18 Email from Blust to Quirk (TVABLN00000038-39) |

| Ex No. | Description |
|---|---|
| 27 | 11/14/18 Minutes of Meeting of Board of Directors of TVA |
| 28 | 11/16/18 Email to Blust, Beach, Chandler, and McCall from Quirk (TVABLN00000040-41) |
| 29 | 11/28/18 Email from Blust to Quirk and Beach (TVABLN00000042) |
| 30 | 11/28/18 Email to Beach and Quirk from Blust (TVABLN00000660-661) |
| 31 | 11/19/18 Email with letter from TVA to ND (ND_004950-4952) |
| 33 | 8/30/17 Email to Beach from Chandler (TVABLN00005846-5848) |
| 36 | 11/16/18 Email to Beach, Chandler, Quirk and McCall from Blust (TVABLN0002954) |
| 43 | 9/9/16 Email from Blust to O'Neill (ND_005048-5056) |
| 45 | 10/4/16 Email from O'Neill to Frank Haney (ND_005152-5154) |
| 56 | 3/21/17 Email to Frank Haney and Larry Blust from James Chardos (ND_002996-2999) |
| 57 | 4/6/17 Email to Frank Haney and Larry Blust from James Chardos (ND_003098) |
| 82 | 11/13/18 ND Application to NRC (ND_004760-4918) |
| 83 | 52 FR 38077-01 |
| 89 | 10/18/16 Email from Blust to O'Neill (ND_005159-5162) |
| 90 | 10/24/2016 Letter from Carrie O'Neil to Larry Blust re: Potential Sale of Bellefonte Nuclear Plant Site (ND_000415 – ND_000417) |
| 100 | 3/1/18 Email from Chardos to Gillman with Executive Summary Bellefonte Phase 1 Engineering, Licensing, Simulator and Training Proposal (TVABLN00001550) |
| 112 | 8/28/18 Email from Chardos to Gillman, Davis (TVABLN00002490-2495) |
| 119 | 11/03/2016 email from Larry Blust to Carrie O'Neil cc Franklin Haney, Frank Haney, Bill McCollum re: Letter of Intent to Bid (ND_005192 – ND_005201) |

| Ex No. | Description |
|---|---|
| 122 | David A. Repka Expert Report dated 2/11/20 |
| 123 | Construction Permits |
| 127 | TVA's DSEP Report (TVABLN00001105-1205) |
| 128 | Bellefonte Nuclear Power Plant Completion Project – Independent Engineer Evaluation Report |
| 129 | NRC Regulatory Improvements for Production and Utilization Facilities Transitioning to Decommissioning |
| 130 | 9/14/06 Letter to TVA from Office of Nuclear Reactor Regulation |
| 131 | NRC memo regarding reinstatement of CPs |
| 132 | Cincinnati Gas & Electric Company, et al. |
| 172 | TVA's Responses and Objections to Plaintiff's Amended Third Set of Requests for Admission |
| 174 | 9/20/18 Email from Gillman to Chardos (TVABLN00001798-1801) |
| 175 | 10/5/18 Email from Chardos to Frank Haney (ND_004204-4205) |
| 176 | 10/11/18 Email from Chardos to Frank Haney (TVABLN00002521-2524) |
| 177 | 11/5/18 Email from Chardos to Frank Haney (ND_004308-4309) |
| 178 | 11/7/18 Email from Chardos to Blust (TVABLN00000563-599) |
| 179 | 11/14/18 Email from Chardos to McCollum, Blust (TVABLN00000608-612) |
| 184 | Notice of Closing Costs (TVABLN00002510-2511) |
| 190 | 11/29/18 Email from Chardos to Blust (TVABLN000000615) |
| 192 | 2/20/17 Letter from Coward to Blust (ND_002756-2763) |
| 206 | 4/6/06 letter from TVA to NRC |
| 207 | 6/29/06 letter from TVA to NRC |
| 208 | 8/22/06 letter from NRC to TVA |
| 300 | 3/9/09 letter from NRC to TVA re: reinstatement of construction permits |
| 303 | 7/30/18 Email from George Higginbottom to Erin Henderson (TVABLN00000625-627) |

| Ex No. | Description |
|---|---|
| 304 | TVA/Concentric Offering Memorandum (ND_000144-000217) |
| 305 | 11/3/20 NRC letter to Nuclear Development |
| 312 | 11/3/20 letter from NRC to ND |
| 313 | [Doc. 128-2] NRC's December 17, 2020, Memorandum and Order, CLI-20-16) |
| 314 | [Doc. 129-1] NRC Letter dated 1/22/21 |
|  | [Doc. 17] Stipulation of the Parties Regarding Plaintiff's Motion for Preliminary Injunction |
|  | Timeline |
|  | Undisputed Facts |
|  | TVABLN00002602-2610 |
|  | TVABLN00003848 |
|  | TVABLN00005060-5062 |

Respectfully submitted on this 19th day of May, 2021.

*Caine O'Rear*

CAINE O'REAR III        (OREAC6985)
J. CRAIG CAMPBELL   (CAMPJ7981)
HAND ARENDALL HARRISON SALE LLC
P. O. Box 123
Mobile, AL  36601
(251) 432-5511
Fax: (251) 694-6375
corear@handfirm.com
ccampbell@handfirm.com

E. SHANE BLACK         (BLACE7644)
HAND ARENDALL HARRISON SALE LLC
102 S. Jefferson Street
Athens, AL  35611
(256) 232-0202
Fax: (256) 216-1480
sblack@handfirm.com
**ATTORNEYS FOR PLAINTIFF**

4

**CERTIFICATE OF SERVICE**

I do hereby certify that, on May 19, 2021, I filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew H. Lembke, Esq.
mlembke@bradley.com

David D. Ayliffe, Esq.
ddayliffe@tva.gov

_____