FILED
2021 May-19 PM 07:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 9

**To:** 'Matthews, Timothy P.'[timothy.matthews@morganlewis.com]
**From:** Chardos, James S
**Sent:** Tue 6/19/2018 3:23:25 PM
**Subject:** RE: Feedback from meeting w/Frank last week

Tim
Does that mean that ND will be the licensee and holder of the permits ?
Thanks
Jim


Jim Chardos
Site Manager Bellefonte Nuclear Plant
Nuclear Projects

2744 Bellefonte Road
Hollywood, Alabama 35752
256 574-8228
Cell  423 309-7072
jschardos@tva.gov

**From:** Matthews, Timothy P. [mailto:timothy.matthews@morganlewis.com]
**Sent:** Tuesday, June 19, 2018 2:08 PM
**To:** Chardos, James S
**Subject:** RE: Feedback from meeting w/Frank last week

**TVA External Message. Please use caution when opening.**

Jim,
As we discussed, ND has developed a draft application to the NRC under 10 CFR 50.80 for consent to transfer the Bellefonte construction permits and continuing their deferred plant status. We are working on completing final details of that application. It is our expectation that ND will submit the application directly to the NRC. We will reach out to TVA for any necessary support to satisfy 10 CFR 50.80 requirements for the application. We anticipate requesting expedited review from the NRC.
Tim


**From:** Chardos, James S [mailto:jschardos@tva.gov]
**Sent:** Tuesday, June 19, 2018 8:24 AM
**To:** Matthews, Timothy P. <timothy.matthews@morganlewis.com>
**Subject:** RE: Feedback from meeting w/Frank last week

[EXTERNAL EMAIL]
Tim
I need to provide TVA with some status by this Wed
Thanks
Jim


Jim Chardos
Site Manager Bellefonte Nuclear Plant

Nuclear Development LLC v. TVA
5:18-CV-01983-LCB-
Date 4/5/2021
Plaintiff Exhibit Label No. 9

Nuclear Projects

2744 Bellefonte Road
Hollywood, Alabama 35752
256 574-8228
Cell 423 309-7072
jschardos@tva.gov

**From:** Chardos, James S
**Sent:** Monday, June 18, 2018 10:11 AM
**To:** 'Matthews, Timothy P.'
**Subject:** Feedback from meeting w/Frank last week

Tim
Feedback on meeting
Thanks
Jim


Jim Chardos
Site Manager Bellefonte Nuclear Plant
Nuclear Projects

2744 Bellefonte Road
Hollywood, Alabama 35752
256 574-8228
Cell 423 309-7072
jschardos@tva.gov


DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

Confidential
TVABLN00002464