FILED
2021 May-19 PM 07:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 130

September 14, 2006

Mr. Karl W. Singer
Chief Nuclear Officer and
  Executive Vice President
Tennessee Valley Authority
6A Lookout Place
1101 Market Street
Chattanooga, TN 37402-2801

SUBJECT:   BELLEFONTE NUCLEAR PLANT, UNITS 1 AND 2 - WITHDRAWAL OF
           CONSTRUCTION PERMIT NOS. CPPR-122 FOR UNIT 1 AND CPPR-123 FOR
           UNIT 2 (TAC NOS. MD1185 and MD1186)

Dear Mr. Singer:

This is in response to your letter of April 6, 2006, as supplemented by letter dated
June 29, 2006, requesting termination of Construction Permit Nos. CPPR-122 and CPPR-123, issued to the Tennessee Valley Authority (TVA) on December 12, 1974. Construction Permit Nos. CPPR-122 and CPPR-123 authorized construction of the Bellefonte Nuclear Plant, Units 1 and 2. As requested in your letter of April 6, 2006, your application to withdraw Construction Permit Nos. CPPR-122 and CPPR-123 is hereby granted. Accordingly, the staff considers Construction Permit Nos. CPPR-122 and CPPR-123 to be terminated.

The staff has reviewed the Unit 1 and 2 Site Stabilization Plan, included in your letter of April 6, 2006, as supplemented by letter dated June 29, 2006, and concludes that TVA has maintained the site in an environmentally stable condition that is not capable of being operated as a utilization facility. Therefore, the staff finds the Site Stabilization Plan acceptable.

The staff's safety evaluation is enclosed.

                                          Sincerely,

                                          /RA/

                                          Catherine Haney, Director
                                          Division of Operating Reactor Licensing
                                          Office of Nuclear Reactor Regulation

Docket Nos. 50-438 and 50-439

Enclosure: Safety Evaluation

cc w/encl: See next page

Nuclear Development LLC v. TVA
5:18-CV-01983-LCB-
Date 4/5/2021
Plaintiff Exhibit Label No. 130

September 14, 2006

Mr. Karl W. Singer
Chief Nuclear Officer and
    Executive Vice President
Tennessee Valley Authority
6A Lookout Place
1101 Market Street
Chattanooga, TN 37402-2801

SUBJECT: BELLEFONTE NUCLEAR PLANT, UNITS 1 AND 2 - WITHDRAWAL OF CONSTRUCTION PERMIT NOS. CPPR-122 FOR UNIT 1 AND CPPR-123 FOR UNIT 2 (TAC NOS. MD1185 and MD1186)

Dear Mr. Singer:

This is in response to your letter of April 6, 2006, as supplemented by letter dated June 29, 2006, requesting termination of Construction Permit Nos. CPPR-122 and CPPR-123, issued to the Tennessee Valley Authority (TVA) on December 12, 1974. Construction Permit Nos. CPPR-122 and CPPR-123 authorized construction of the Bellefonte Nuclear Plant, Units 1 and 2. As requested in your letter of April 6, 2006, your application to withdraw Construction Permit Nos. CPPR-122 and CPPR-123 is hereby granted. Accordingly, the staff considers Construction Permit Nos. CPPR-122 and CPPR-123 to be terminated.

The staff has reviewed the Unit 1 and 2 Site Stabilization Plan, included in your letter of April 6, 2006, as supplemented by letter dated June 29, 2006, and concludes that TVA has maintained the site in an environmentally stable condition that is not capable of being operated as a utilization facility. Therefore, the staff finds the Site Stabilization Plan acceptable.

The staff's safety evaluation is enclosed.

Sincerely,

/RA/

Catherine Haney, Director
Division of Operating Reactor Licensing
Office of Nuclear Reactor Regulation

Docket Nos. 50-438 and 50-439

Enclosure: Safety Evaluation

cc w/encl: See next page

Distribution
PUBLIC                      LPL2-2 R/F           RidsNrrPMDPickett       RidsNrrLACSola
RidsNrrDorlLpl2-2           RidsNrrDorl          RidsOgcRp               RidsNrrDlrReba
RidsNrrAcrsAcnwMailCenter                        RidsRgn2MailCenter      S. Crane, NRR
RidsNrrDnrlNepb

ADAMS Accession Number: ML061810505                                     NRR-106

| OFFICE | LPL2-2:PM | LPL2-2:LA | NEPB:BC | OGC | LPL2-2:BC | DORL:D |
|--------|-----------|-----------|---------|--------|---------------|---------|
| NAME | DPickett | RSola | CNolan | MYoung | JDixon-Herrity | CHaney |
| DATE | 08/30/06 | 08/31/06 | 07/25/06 | 07/10/06 | 08/31/06 | 09/14/06 |

OFFICIAL RECORD COPY

Mr. Karl W. Singer  
Tennessee Valley Authority

cc:  
Mr. Ashok S. Bhatnagar  
Senior Vice President  
Nuclear Operations  
Tennessee Valley Authority  
6A Lookout Place  
1101 Market Street  
Chattanooga, TN  37402-2801

Mr. Larry S. Bryant, Vice President  
Nuclear Engineering & Technical Services  
Tennessee Valley Authority  
6A Lookout Place  
1101 Market Street  
Chattanooga, TN  37402-2801

Mr. Robert J. Beecken, Vice President  
Nuclear Support  
Tennessee Valley Authority  
6A Lookout Place  
1101 Market Street  
Chattanooga, TN  37402-2801

General Counsel  
Tennessee Valley Authority  
ET 11A  
400 West Summit Hill Drive  
Knoxville, TN  37902

Mr. John C. Fornicola, Manager  
Nuclear Assurance and Licensing  
Tennessee Valley Authority  
6A Lookout Place  
1101 Market Street  
Chattanooga, TN  37402-2801

Mr. Glenn W. Morris, Manager  
Corporate Nuclear Licensing  
   and Industry Affairs  
Tennessee Valley Authority  
4X Blue Ridge  
1101 Market Street  
Chattanooga, TN  37402-2801

**BELLEFONTE NUCLEAR PLANT**

Mr. Jack A. Bailey, Vice President  
Nuclear Generation Development  
   and Business Support  
Tennessee Valley Authority  
3F Blue Ridge  
1101 Market Street  
Chattanooga, TN  37402-2801

Chairman  
Jackson County Commission  
Courthouse  
Scottsboro, AL  35752-0200

State Health Officer  
Alabama Dept. of Public Health  
RSA Tower - Administration  
Suite 1552  
P.O. Box 303017  
Montgomery, AL 36130-3017

Director  
Alabama Emergency Management Agency  
P.O. Drawer 2160  
Clanton, AL  35045-5160

SAFETY EVALUATION BY THE OFFICE OF NUCLEAR REACTOR REGULATION

WITHDRAWAL OF CONSTRUCTION PERMIT NOS. CPPR-122 AND CPPR-123

TENNESSEE VALLEY AUTHORITY

BELLEFONTE NUCLEAR PLANT, UNITS 1 AND 2

DOCKET NO. 50-438 AND 50-439

1.0     INTRODUCTION

This safety evaluation supports withdrawal of Construction Permit Nos. CPPR-122 and CPPR-123, which authorized construction of the Bellefonte Nuclear Plant (BLN), Units 1 and 2, located in Jackson County, Alabama. The Construction Permits, which are held by the Tennessee Valley Authority (TVA, permittee), were issued on December 12, 1974.

In accordance with the guidance of Generic Letter (GL) 87-15, "Policy Statement on Deferred Plants," TVA's letter of December 12, 2005, informed the staff of its intention to permanently terminate construction activities associated with BLN, Units 1 and 2. In addition, TVA's letter dated December 15, 2005, included the following information: as of October 1, 2005, TVA ceased equipment lay-up activities and associated inspections as allowed by the Nuclear Quality Assurance Plan; there has been no special nuclear material located at the site since 1992; TVA has removed safeguards information from the site; and TVA will maintain compliance with all appropriate federal, state, and local regulations.

2.0     EVALUATION

The BLN facility is located about 6 miles east-northeast of Scottsboro, Alabama, on the west shore of the Guntersville Reservoir at Tennessee River Mile 392, in Jackson County, Alabama. TVA plans to maintain such major components as the intake and discharge facilities, cooling towers, wastewater system, and transmission switch yards. Structures not identified as necessary will be sold, taken apart, and removed from the site, abandoned in place, or demolished.

In accordance with 10 CFR 51.41, "Requirement to submit environmental information," and GL 87-15, TVA's letter of April 6, 2006, as supplemented by letter dated June 29, 2006, submitted the Site Stabilization Plan for BLN, Units 1 and 2, to redress portions of the BLN site affected by construction activities.

The staff has reviewed the Site Stabilization Plan for BLN, Units 1 and 2, and concludes that the actions therein are appropriate and acceptable. BLN, Units 1 and 2, cannot be used as utilization facilities. In addition, all nuclear fuel and nuclear sources were removed from the

-2-

site. The BLN site is in an environmentally stable condition that poses no significant hazard to persons on site, and BLN, Units 1 and 2, cannot be operated in their present condition.

For further details regarding the proposed action, see the permittee's letter dated April 6, 2006, and TVA's Final Environmental Assessment dated January 30, 2006, which is publicly available at the permitee's website, http://www.tva.gov/environment/reports/bellefonte2/index.htm.

### 3.0   ENVIRONMENTAL CONSIDERATION

Pursuant to 10 CFR 50.21, 50.32, and 50.35, the NRC staff has prepared an Environmental Assessment and Finding of No Significant Impact, which was published in the *Federal Register* on August 29, 2006 (71 FR 50948). Accordingly, based on the environmental assessment, the Commission has determined that terminating the construction permits will have no significant effect on the quality of the human environment.

### 4.0   CONCLUSION

On the basis of the foregoing considerations, the staff concludes that CPPR-122 and CPPR-123 can be terminated without undue risk to the health and safety of the public or workers, and without any significant impact on the public or the environment.

Principal Contributor:  S. Crane, NRR

Date:  September 14, 2006