FILED
2021 May-19 PM 07:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 174

**To:** Chardos, James S[jschardos@tva.gov]
**From:** Gillman, Marie
**Sent:** Thur 9/20/2018 1:24:20 PM
**Subject:** Bellefonte Site Turnover from TVA to ND.docx
Bellefonte Site Turnover from TVA to ND.docx
152918-0000-000000-38QP-0001 Bellefonte Project_Nuclear Quality Plan.docx

TVA External Message. Please use caution when opening.

- Copyright -

As discussed here is mark up of action list and Bellefonte QAP – see section 19.

CONFIDENTIAL AND PRIVILEGED INFORMATION NOTICE
This email, and any attachments, may contain information that is confidential,
proprietary, privileged, subject to copyright, or exempt from disclosure.
Any unauthorized review, disclosure, reproduction, retransmission,
dissemination or other use of or reliance on this information may be unlawful
and is strictly prohibited.
If you are not the intended recipient of this e-mail, please contact the sender
and delete this email.

Nuclear Development LLC v. TVA
5:18-CV-01983-LCB-
Date 4/5/2021
Plaintiff Exhibit Label No. 174

Confidential

TVABLN00001798

## Bellefonte Site Turnover from TVA to ND

## Construction Permit and Overall Actions Required

|   | ACTION | OWNER | DUE DATE | STATUS |
|---|---|---|---|---|
|   | **ACTIONS DIRECTLY RELATED TO CONSTRUCTION PERMIT TRANSFER (NRC Required)** | | | |
| 1. | **Establish ND Oversight Org** <br> Establish ND oversight organization with focus on 1) QA and 2) Licensing | Haney | | |
| 2. | Provide organizational Org Chart that reflects relationship of ND, SNC, Bellefonte site org (relative to permit) | Chardos | | |
| 3. | **Establish Quality Assurance Oversight** <br> Haney notify SNC (in writing) that he is delegating QA oversight to SNC-Lavalin | Haney | | |
| 4. | SNC Draft QA plan for Bellefonte site to include NRC GL87-15 actions required for deferred construction permit, e.g. <br> 1) QA person named, qualifications required <br> 2) Audit content and frequency <br> 3) Procedures required, etc. | Gillman | | |
| 5. | **Continue Existing Work on Site – 38 people** <br> Ensure existing Bellefonte personnel remain on site doing the same required work (for permit upkeep) <br> 1) Williams to provide proposal (which encompasses TVA RRC and Hyperspring people) <br> 2) Securitas to provide proposal for Security <br> 3) SNC review proposals and submit for | Chardos/Gillman | | |

Confidential

| | | | | | |
|---|---|---|---|---|---|
| | | Haney signature<br>4) Hire Jim Chardos and Randall Boatfield as ND employees (1st action under ND Organization) | | | |
| | 6. | **Continue Existing Work on Site – Training**<br>a) MAP mandatory TVA lesson plans/tracking to SNC | Chardos/Gillman | | |
| | 7. | **Continue Existing Work on Site – Nuclear Programs**<br>a) Safety – invoke Williams Safety plan<br>b) Security – Maintain existing contract<br>c) FFD – Williams have drug screening now<br>d) Corrective Action –<br>    a. migrate long term open actions into database<br>    b. Invoke SNC CAP program<br>    c. Close all short term actions prior to transfer<br>e) Procedures – QAP to allow recognition of exiting TVA site specific procedures, use SNC procurement process (QA approved)<br>f) Records – retain existing systems | Chardos/Gillman | | |
| | 8. | **Continue Existing Work on Site – IT Programs**<br>a. Identify required programs/licenses required and procure.<br>b. Develop data transfer plan with TVA<br><br>(this has one year time frame allowed post sale) | Chardos | | |

Confidential

| | ACTIONS DIRECTLY RELATED TO CONSTRUCTION PERMIT TRANSFER (non-regulatory) | | | |
|---|---|---|---|---|
| 1. | **Electrical Power on site**<br>Sign up to establish North Alabama power with ND | Chardos | | |
| 2. | **Telecommunications**<br>ND to select provider and establish service | Chardos | | |
| 3. | **Sewage**<br>ND to sign up with Scottsboro | Chardos | | |
| 4. | **Garbage**<br>ND to select provider and establish service | Chardos | | |
| 5. | **Site Facilities/Animal Control**<br>ND to select provider and establish service | Chardos | | |
| 6. | **Site Permits**<br>Establish air, water (Alabama), Cooling Towers (FAA) | Chardos | | |
| 7. | **Establish Badging/In-processing/Nantel** | Chardos | | |

Confidential

TVABLN00001801