FILED
2021 May-19  PM 07:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 175

**To:**       Frank Haney[frankhaney@flhcompany.com]
**From:**     Chardos, James S[jschardos@tva.gov]
**Sent:**     Fri 10/5/2018 4:31:04 PM (UTC)
**Subject:**  Re: Cost Breakdown

Y,  will send early next week
Jim

Sent from my iPhone

On Oct 5, 2018, at 12:26 PM, Frank Haney <frankhaney@flhcompany.com> wrote:


TVA External Message. Please use caution when opening.

Sorry-

Can you put all this info in your spreadsheet where your totals are?  Thanks
Frank

**From:** Chardos, James S <jschardos@tva.gov>
**Sent:** Wednesday, October 3, 2018 3:29 PM
**To:** Frank Haney <frankhaney@flhcompany.com>
**Subject:** RE: Cost Breakdown

Total of 38 folks working at BLN who report to me to maintain the plant/site
Breakdown is
     20 folks   maintenance  includes plant plus facilities work
      9  security personnel  maintain security  24/7
      7  Ops/eng'g/planning/training /mgmt. services
      2  TVA   maintenance manager and site manager

Cost estimate comes from several years of actual costs associated with maintaining the site

The maintenance folks are Williams Services folks under contract to me who currently perform maintenance work.
 Going forward in the near term, they need to stay with me until such time we need their support elsewhere.
Need more info,plz call

**From:** Frank Haney [mailto:frankhaney@flhcompany.com]
**Sent:** Wednesday, October 03, 2018 2:08 PM
**To:** Chardos, James S
**Subject:** RE: Cost Breakdown

TVA External Message. Please use caution when opening.

Jim-

Can you put more detail in numbers like:
1)How many staff, how did you get to your numbers and what job description they have?  Is this contract work or
what?
2) "Quarterly Nuclear Development cost to maintain Construction Permits"  What is this and what is the
breakdown?  Who is it paid too?

**From:** Chardos, James S <jschardos@tva.gov>
**Sent:** Tuesday, October 2, 2018 12:22 PM
**To:** Franklin Haney, Sr. <flh@flhcompany.com>; Frank Haney <frankhaney@flhcompany.com>; Larry Blust
<lblust@HSPLEGAL.COM>; Gloria Thurman <Gloria@flhcompany.com>

Nuclear Development LLC v. TVA
5:18-CV-01983-LCB-
Date  4/5/2021
Plaintiff Exhibit Label No. 175

EXHIBIT
175
Chardos

ND_004204

**Subject:** FW: Cost Breakdown

Folks,
Cost for 6 months' worth of maintaining the site. Also see below as it relates to the overall yearly cost and how of that is covered by ND and by TVA.

Jim


Jim Chardos
Site Manager Bellefonte Nuclear Plant
Nuclear Projects

2744 Bellefonte Road
Hollywood,Alabama 35752
256 574-8228
Cell  423 309-7072
jschardos@tva.gov

**From:** Chardos, James S
**Sent:** Thursday, September 27, 2018 1:42 PM
**To:** Franklin Haney, Sr.
**Subject:** Cost Breakdown

Franklin,
I have attached the breakdown of the Bellefonte 6 month cost for the site. I also have attached a one page discussion on the yearly Bellefonte cost as to how it is covered by TVA and ND.

Jim Chardos
Site Manager Bellefonte Nuclear Plant
Nuclear Projects

2744 Bellefonte Road
Hollywood,Alabama 35752
256 574-8228
Cell  423 309-7072
jschardos@tva.gov

ND_004205