# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NUCLEAR DEVELOPMENT LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TENNESSEE VALLEY )<br>AUTHORITY, )<br>)<br>Defendant. ) | Case No.: 5:18-CV-01983-LCB |

## **DEFENDANT'S NOTICE OF INTENT TO REQUEST REDACTIONS**

Defendant Tennessee Valley Authority ("TVA") hereby gives notice that it will request redactions from Transcript of Bench Trial Vol. 1 (Doc. 231), Transcript of Bench Trial Vol. 3 (Doc. 233), and Transcript of Bench Trial Vol. 5 (Doc. 235). Pursuant to the Court's Transcript Redaction Policy, TVA will serve its written redaction request on the court reporter.

Respectfully submitted this 11th day of June, 2021.

<u>s/ Matthew H. Lembke</u><br>
Attorney for Defendant

<u>OF COUNSEL:</u>

Matthew H. Lembke<br>
Riley McDaniel<br>
BRADLEY ARANT BOULT CUMMINGS LLP

1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mlembke@bradley.com
rmcdaniel@bradley.com

David D. Ayliffe
Ibrahim M. Berro
Jill McCook
Office of the General Counsel
TENNESSEE VALLEY AUTHORITY
400 West Summit Hill Drive, WT6
Knoxville, Tennessee 37902
Telephone: (865) 632-3052
ddayliffe@tva.gov
jemccook@tva.gov
imberro@tva.gov

## CERTIFICATE OF SERVICE

 I hereby certify that on June 11, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record:

>Caine O'Rear, III
>J. Craig Campbell
>HAND ARENDALL HARRISON SALE, LLC
>Post Office Box 123
>Mobile, Alabama  36601
>corear@handarendall.com
>
>Edward Shane Black
>HAND ARENDALL LLC
>102 South Jefferson Street
>Athens, Alabama 35611
>sblack@handarendall.com

       *s/ Matthew H. Lembke*
        OF COUNSEL