UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **NUCLEAR DEVELOPMENT, LLC,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) ) |
| **TENNESSEE VALLEY AUTHORITY,** | ) ) ) ) |
| **Defendant.** | ) |

Case No.: 5:18-cv-1983-LCB

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the findings of fact and conclusions of law filed contemporaneously in this action, the Court enters this final judgment. It is hereby **ORDERED**:

(1) Judgment is entered in favor of the Tennessee Valley Authority on Counts One, Two, and Three of the Amended Complaint.

(2) In accordance with Section 11(b) of the Bellefonte Nuclear Plant Site Purchase and Sales Agreement, judgment is entered in favor of Nuclear Development in the amount of $22,950,000, plus prejudgment interest at a rate of 7.5% per annum, running from December 30, 2018 to the date of this final judgment.

(3) This action is dismissed with prejudice.

(4)     This is a final and appealable judgment

**DONE** and **ORDERED** August 26, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE