FILED
2021 Sep-02 PM 05:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| NUCLEAR DEVELOPMENT LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TENNESSEE VALLEY ) <br> AUTHORITY, ) <br> ) <br> Defendant. ) | Case No.: 5:18-CV-01983-LCB <br><br> **OPPOSED** |

### DEFENDANT'S MOTION TO VACATE ORDER REQUIRING COMPLIANCE WITH STIPULATION

Defendant Tennessee Valley Authority ("TVA") moves this Court (a) to vacate its order dated December 27, 2018, (Doc. 18) directing the parties to abide by the terms of a stipulation (Doc. 17) entered into between the parties pertaining to Plaintiff's motion for preliminary injunction, and (b) to order that the parties no longer have any obligation under the stipulation. In support of this motion, TVA offers the following grounds:

1. On December 26, 2018, the parties entered into the Stipulation of the Parties Regarding Plaintiff's Motion for Preliminary Injunction (Doc. 17).

2. On December 27, 2018, this Court entered an order "that the terms of the stipulation (Doc. 17) are ADOPTED by the Court and the Court ORDERS the

parties to abide by same." Doc. 18.  The Court further stated, "The terms of the stipulation shall remain in place until further notice by the Court."

3. On August 26, 2021, the Court entered its Final Judgment (Doc. 247). The Court entered judgment in TVA's favor on all counts in Plaintiff's Amended Complaint. That included Plaintiff's Count Two, which sought a preliminary injunction.

4. This Court should vacate its order directing the parties to abide by the stipulation and should order that the parties no longer have any obligation under that stipulation. The parties entered into the stipulation in connection with Plaintiff's request for a preliminary injunction, which has now been denied. Doc. 246 at 35.

5. The burdens and limitations imposed on TVA under the stipulation are no longer appropriate in light of the Court's Final Judgment. Indeed, trial testimony from Bellefonte site manager James Chardos established that TVA's six-month cost to maintain the Bellefonte site in accordance with the construction permits is $2.9 million (Tr. 326:3-6), which equates to $5.8 million per year. TVA should no longer be restricted in its handling of the construction permits issued by the Nuclear Regulatory Commission applicable to the Bellefonte site.

6. Counsel for Plaintiff advised that the motion should be marked as opposed.

WHEREFORE, PREMISES CONSIDERED, TVA prays that this Court will

(a) vacate its order dated December 27, 2018, (Doc. 18) directing the parties to abide by the terms of a stipulation (Doc. 17) entered into between the parties pertaining to Plaintiff's motion for preliminary injunction, and (b) order that the parties no longer have any obligation under the stipulation.

Respectfully submitted this 2nd day of September, 2021.

*s/ Matthew H. Lembke*
Attorney for Defendant

OF COUNSEL:

Matthew H. Lembke
Riley McDaniel
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mlembke@bradley.com
rmcdaniel@bradley.com

David D. Ayliffe
Ibrahim M. Berro
Office of the General Counsel
TENNESSEE VALLEY AUTHORITY
400 West Summit Hill Drive, WT6
Knoxville, Tennessee 37902
Telephone: (865) 632-3052
ddayliffe@tva.gov
jemccook@tva.gov
imberro@tva.gov

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 2, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record:

>Caine O'Rear, III
>J. Craig Campbell
>HAND ARENDALL HARRISON SALE, LLC
>Post Office Box 123
>Mobile, Alabama  36601
>corear@handarendall.com

>Edward Shane Black
>HAND ARENDALL LLC
>102 South Jefferson Street
>Athens, Alabama 35611
>sblack@handarendall.com

       *s/ Matthew H. Lembke*
        OF COUNSEL