FILED
2021 Sep-02 PM 05:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NUCLEAR DEVELOPMENT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:18-CV-01983-LCB |
| ) | |
| TENNESSEE VALLEY ) | |
| AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE PURSUANT TO COURT'S ORDER DATED DECEMBER 27, 2018

Defendant Tennessee Valley Authority ("TVA") hereby gives notice pursuant to the Stipulation of the Parties Regarding Plaintiff's Motion for Preliminary Injunction (Doc. 17), which was made an order of the Court on December 27, 2018 (Doc. 18), as follows:

1. The construction permits issued by the Nuclear Regulatory Commission ("NRC") for Units 1 and 2 at the Bellefonte site expire on October 1, 2021.

2. In an abundance of caution to avoid any contention that TVA had violated the Court's order dated December 27, 2018 (Doc. 18), TVA sent a letter to

the NRC on August 31, 2021, requesting that the expiration date of the Bellefonte construction permits be extended.

3. TVA intends to inform the NRC on or after September 10, 2021, that as a result of the Court's Final Judgment, TVA is withdrawing its request for extension of the expiration date of those permits.

Respectfully submitted this 2nd day of September, 2021.

> _s/ Matthew H. Lembke_
> Attorney for Defendant
>
> OF COUNSEL:
>
> Matthew H. Lembke
> Riley McDaniel
> BRADLEY ARANT BOULT CUMMINGS LLP
> 1819 Fifth Avenue North
> Birmingham, Alabama 35203-2119
> Telephone: (205) 521-8000
> Facsimile: (205) 521-8800
> mlembke@bradley.com
> rmcdaniel@bradley.com
>
> David D. Ayliffe
> Ibrahim M. Berro
> Office of the General Counsel
> TENNESSEE VALLEY AUTHORITY
> 400 West Summit Hill Drive, WT6
> Knoxville, Tennessee 37902
> Telephone: (865) 632-3052
> ddayliffe@tva.gov
> jemccook@tva.gov
> imberro@tva.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 2, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record:

>Caine O'Rear, III
>J. Craig Campbell
>HAND ARENDALL HARRISON SALE, LLC
>Post Office Box 123
>Mobile, Alabama  36601
>corear@handarendall.com
>
>Edward Shane Black
>HAND ARENDALL LLC
>102 South Jefferson Street
>Athens, Alabama 35611
>sblack@handarendall.com

                          *s/ Matthew H. Lembke*
                               OF COUNSEL