## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| NUCLEAR DEVELOPMENT LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 5:18-CV-01983-LCB |
| | ) | |
| TENNESSEE VALLEY | ) | |
| AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DIRECTING DEPOSIT OF FUNDS

Before the Court is the Motion of Tennessee Valley Authority ("TVA") to Deposit Funds into the Court's Registry (Doc. 255).[1]

TVA's motion is **GRANTED**.

It is hereby **ORDERED** that the Clerk of this Court shall accept a check from TVA in connection with the Final Judgment in this action in accordance with Fed. R. Civ. P. 67 and General Order 17–1 of this Court.

It is further **ORDERED** that all funds received from the TVA shall be deposited in the Court Registry Investment System (CRIS) administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

---

[1] TVA has stated that it "does not construe [Plaintiff's] lack of opposition to this motion as an admission or position" that "[Plaintiff] has accepted or will accept such deposit in satisfaction of the judgment" or "TVA's Motion to Alter or Amend (Doc. 254) has merit."  (Doc. 255).  The Court also does not construe Plaintiff's lack of opposition to this motion as an admission or position on either point.

**DONE** and **ORDERED** September 23, 2021.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE