FILED
2021 Sep-23 PM 05:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A



1101 Market Street, Chattanooga, Tennessee 37402

CNL-21-082

September 10, 2021

10 CFR 50.55(b)

ATTN: Document Control Desk
U.S. Nuclear Regulatory Commission
Washington, D.C. 20555-0001

        Bellefonte Nuclear Plant, Units 1 and 2
        Construction Permit Nos. CPPR-122 and CPPR-123
        NRC Docket Nos. 50-438 and 50-439

Subject: **Bellefonte Nuclear Plant, Units 1 and 2 - Withdrawal of Request for Extension of Unit 1 and Unit 2 Construction Permits (CPPR-122 and CPPR-123)**

References:
1. TVA Letter to NRC, CNL-21-077, "Bellefonte Nuclear Plant, Units 1 and 2 - Status Update and Request for Extension of Unit 1 and Unit 2 Construction Permits (CPPR 122 and CPPR-123)," dated August 31, 2021 (ML21243A225)

2. NRC Letter to TVA, "Bellefonte Nuclear Plant, Units 1 and 2 - Extension of Construction Permit Expiration Dates (CAC/EPID Nos. 000976/05000438/L-2020-LLA-0214 and 000976/05000439/L-2020-LLA-0214)," dated January 22, 2021 (ML20335A393)

In Reference 1, Tennessee Valley Authority (TVA) requested the U.S. Nuclear Regulatory Commission (NRC) extend the latest completion date for Construction Permit CPPR-122, Bellefonte Nuclear Plant (BLN), Unit 1 and Construction Permit CPPR-123, BLN Unit 2 from October 1, 2021 (as approved in Reference 2) until October 1, 2022.

Subsequent to the submission of Reference 1, TVA filed a Notice on September 2, 2021, in *Nuclear Development, LLC v. Tenn. Valley Auth.*, Case No. 5:18-CV-01983-LCB (N.D. Ala.), of its intent to inform the NRC on or after September 10, 2021, that as a result of the Court's Final Judgment, TVA is withdrawing its request for extension of the completion date for Construction Permit CPPR-122 (BLN Unit 1) and Construction Permit CPPR-123 (BLN Unit 2). The Court held a telephone conference with the parties on September 8, 2021, during which Nuclear Development did not object to TVA withdrawing its request to extend the latest completion date for the two construction permits.



**EXHIBIT A**

U.S. Nuclear Regulatory Commission
CNL-21-082
Page 2
September 10, 2021

By this letter, TVA withdraws its request to extend the latest completion dates for CPPR-122 (BLN Unit 1) and CPPR-123 (BLN Unit 2) submitted in Reference 1 and acknowledges that CPPR-122 and CPPR-123 will expire on October 1, 2021.  As required by NRC regulations, TVA will continue to comply with the terms and conditions of Construction Permits CPPR-122 and CPPR-123 through October 1, 2021 to ensure that public health and safety is protected.

There are no new regulatory commitments associated with this submittal.  Please address any questions regarding this request to James Chardos, Site Manager, Bellefonte Project, at 256-574-8228.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 10th day of September 2021.

Respectfully,

*[signature: James Barstow]*

Jim Barstow
Vice President, Nuclear Regulatory Affairs and Support Services

cc:
    NRR Director - NRC Headquarters
    NRC Project Manager - Bellefonte Project Manager
    NRC Regional Administrator - Region II
    Nuclear Development, LLC