# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **NUCLEAR DEVELOPMENT LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 5:18-cv-1983-LCB |
| | ) |
| **TENNESSEE VALLEY AUTHORITY,** | ) |
| | ) |
| **Defendant.** | ) |

## **AMENDED FINAL JUDGMENT**

Consistent with its Order on the Parties' Post Trial Motions and in accordance with Rules 59(a)(2) and 60(b)(1), the Court enters this Amended Final Judgment. It is herby **ORDERED**:

(1) The pre–judgment interest rate attached to the Judgment entered in Nuclear Development's favor on August 26, 2021, is amended to a rate of 6% per annum running from December 30, 2018, to the date of this final judgment;

(2) The post–judgment interest rate attached to the judgment entered in Nuclear Development's favor on August 26, 2021, shall be at a rate of 6% per annum running from December 30, 2018, to the date of this final judgment.

(3) All other terms in the Court's previous Final Judgment remain unaltered.

**DONE** and **ORDERED** July 18, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE