# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **NUCLEAR DEVELOPMENT LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 5:18-cv-1983-LCB |
| ) | |
| **TENNESSEE VALLEY** ) | |
| **AUTHORITY,** ) | |
| ) | |
| **Defendant.** ) | |

## SECOND AMENDED FINAL JUDGMENT

In accordance with Federal Rules of Civil Procedure 59(e) and 60(b)(1), the Court **GRANTS** Defendant's motion (Doc. 270) and **AMENDS** the amended final judgment (Doc. 269) as follows:

(1) Pre-judgment interest, at a rate of 6% per annum, began accruing on December 30, 2018, and stopped accruing on August 26, 2021.

(2) Post-judgment interest, at a rate of 6% per annum, began accruing on August 27, 2021.

**DONE** and **ORDERED** August 18, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE