# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NUCLEAR DEVELOPMENT, LLC, § § Plaintiff, § § vs. § § TENNESSEE VALLEY AUTHORITY, § § Defendant. § | CIVIL ACTION CASE NUMBER: 5:18-cv-01983-LCB |

## NOTICE OF APPEAL

Plaintiff Nuclear Development, LLC ("ND"), pursuant to Federal Rule of Appellate Procedure 4, hereby gives notice that it appeals to the United States Court of Appeals for the Eleventh Circuit from the following Judgement and District Court Orders and all Orders and rulings merged into the Final (Doc. 247), Amended (Doc. 269), and Second Amended Judgment (Doc. 274) entered in this matter pursuant to Federal Rule of Appellate Procedure 3(c)(4), including, but not limited to:

1. The Court's Orders denying ND's Motion for Summary Judgment (Docs. 161 and 165), entered on March 31, 2021 and April 1, 2021;

2. The Court's Orders excluding evidence from trial (Docs. 175 and 179)[1] entered on April 12, 2021;

3. The portion of the Court's Order striking ND's requests for alternative

---

[1] *See also* Trial Transcript.

1

equitable relief (Doc. 207), entered on April 23, 2021;

4. The Court's exclusion of evidence at trial, including the evidence proffered by ND at trial (*See* Docs. 221-222, 231-235, 237-239);

5. The Court's Finding of Facts and Conclusions of Law (Doc. 246), including its denial of ND's Motion for Partial Findings[2], and Final Judgment (Doc. 247), entered on August 26, 2021;

6. The Court's Orders denying ND's Motions for a new trial and/or to alter and amend the judgment and granting TVA's motion to alter or amend the judgment and vacate the parties' stipulation (Docs. 268) and the Amended Judgment (Doc. 269), entered on July 18, 2022; and

7. The Court's Second Amended Final Judgment (Doc. 274) entered on August 18, 2022.

Respectfully submitted on this 16th day of September 2022.

                */s/ Caine O'Rear III*
                CAINE O'REAR III     (OREAC6985)
                J. CRAIG CAMPBELL   (CAMPJ7981)
                HAND ARENDALL HARRISON SALE LLC
                P. O. Box 123
                Mobile, AL  36601
                (251) 432-5511
                Fax: (251) 694-6375
                corear@handfirm.com
                ccampbell@handfirm.com

---

[2] *See also* (Doc. 268 at 14 n.1).

E. SHANE BLACK (BLACE7644)
HAND ARENDALL HARRISON SALE LLC
102 S. Jefferson Street
Athens, AL  35611
(256) 232-0202
sblack@handfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I do hereby certify that, on September 16, 2022, I filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew H. Lembke, Esq.
mlembke@bradley.com

David D. Ayliffe, Esq.
ddayliffe@tva.gov

*/s/ Caine O'Rear III*

3