# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| NUCLEAR DEVELOPMENT, LLC, § § Plaintiff, § § vs. § § TENNESSEE VALLEY AUTHORITY, § § Defendant. § | CIVIL ACTION CASE NUMBER: 5:18-cv-01983-LCB **UNOPPOSED** |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW FUNDS FROM COURT REGISTRY

Plaintiff Nuclear Development, LLC ("ND") moves the Court to enter an Order permitting ND to withdraw the total remaining balance of funds deposited in the Court's registry in accordance with Fed. R. Civ. P. 67(b) and 28 U.S.C. § 2042.

Upon the granting of this motion, ND shall submit a W-9 form to the Financial Section of the Clerk's Office in Birmingham, Alabama. The funds from the Court's registry shall be remitted to:

> Nuclear Development, LLC
> Attn: Gloria Thurman
> 1425 South Moore Road
> Suite A
> Chattanooga, TN 37412

Counsel for Defendant Tennessee Valley Authority ("TVA") has advised that it does not oppose this motion.

Respectfully submitted on this 4th day of October, 2022.

        /s/ Caine O'Rear III
        CAINE O'REAR III    (OREAC6985)
        J. CRAIG CAMPBELL   (CAMPJ7981)
        HAND ARENDALL HARRISON SALE LLC
        P. O. Box 123
        Mobile, AL  36601
        (251) 432-5511
        Fax: (251) 694-6375
        corear@handfirm.com
        ccampbell@handfirm.com

        E. SHANE BLACK (BLACE7644)
        HAND ARENDALL HARRISON SALE LLC
        102 S. Jefferson Street
        Athens, AL  35611
        (256) 232-0202
        sblack@handfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I do hereby certify that, on October 4, 2022, I filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Matthew H. Lembke, Esq.
    mlembke@bradley.com

    David D. Ayliffe, Esq.
    ddayliffe@tva.gov

        /s/ Caine O'Rear III