Case 5:18-cv-01983-LCB   Document 284   Filed 10/04/22   Page 1 of 2
USCA11 Case: 22-13138   Date Filed: 10/03/2022   Page: 1 of 2

FILED
2022 Oct-04 PM 02:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

October 03, 2022

Clerk - Northern District of Alabama
U.S. District Court
101 HOLMES AVE
HUNTSVILLE, AL 35801

Appeal Number: 22-13138-J
Case Style: Nuclear Development, LLC v. Tennessee Valley Authority
District Court Docket No: 5:18-cv-01983-LCB

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J/lt
Phone #: (404) 335-6183

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-13138-J

_____

NUCLEAR DEVELOPMENT, LLC,

                              Plaintiff - Appellant,

versus

TENNESSEE VALLEY AUTHORITY,

                              Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Nuclear Development, LLC is GRANTED by clerk [9771452-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective October 03, 2022.

                              DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                              FOR THE COURT - BY DIRECTION